Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

LaNitra Jeter
_____
*Plaintiff,*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Denny Corr, Joe Roberts
Michael McCurry, Judy Yates
_____
*Defendant(s),*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 2:20cv1863-ACA
*(to be filled in by the Clerk's Office)*

JURY TRIAL  ☑ Yes   ☐ No

FILED
2020 NOV 23  A 9:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff**

   | | |
   |---|---|
   | Name | LaNitra Jeter |
   | Street Address | 1916 Live Oak Trace |
   | City and County | Birmingham, Jefferson |
   | State and Zip Code | Alabama 35235 |
   | Telephone Number | (205) 876 7782 |
   | E-mail Address *(if known)* | lanitramckinney@yahoo.com |

   ☐ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

11/23/20
Date

_LaNitra Jeter_
Participant Signature

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Danny Carr
- Job or Title *(if known)*: Jefferson County District Attorney
- Street Address: 801 Richard Arrington Jr Blvd North
- City and County: Birmingham, Jefferson
- State and Zip Code: AL 35203
- Telephone Number: (205) 325-5252
- E-mail Address *(if known)*: carrd@jccal.org

Defendant No. 2
- Name: Joe Roberts
- Job or Title *(if known)*: Dep. D.A
- Street Address: 801 Richard Arrington Jr Blvd North
- City and County: Birmingham, Jefferson
- State and Zip Code: AL 35203
- Telephone Number: (205) 325-5252
- E-mail Address *(if known)*: robertsj@jccal.org

Defendant No. 3
- Name: Judy Yates
- Job or Title *(if known)*: Victim Service Coordinator
- Street Address: 801 Richard Arrington Jr Blvd North
- City and County: Birmingham, Jefferson
- State and Zip Code: AL 35203
- Telephone Number: (205) 325-5253
- E-mail Address *(if known)*: yatesj@jccal.org

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

    Defendant No. 4

| | |
|---|---|
| Name | Michael McCurry |
| Job or Title *(if known)* | unknown |
| Street Address | 801 Richard Arrington Jr Blvd North |
| City and County | Birmingham, Jefferson |
| State and Zip Code | AL 35203 |
| Telephone Number | (205) 325-5252 |
| E-mail Address *(if known)* | mccurrym@jccal.org |

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Jefferson County District Attorney Office |
| Street Address | 801 Richard Arrington Jr Blvd North |
| City and County | Birmingham, Jefferson |
| State and Zip Code | AL 35203 |
| Telephone Number | (205) 325-5252 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☑ Termination of my employment

☐ Failure to promote me

☐ Failure to accommodate my disability

☑ Unequal terms and conditions of my employment

☑ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s): September 23, 2019 to March 16, 2020

C. I believe that defendant(s) (check one):

☐ is/are still committing these acts against me

☐ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

☑ race — only African American whose comp time was taken away in dept. and terminated

☑ color — only brown skinned African American whose comp time taken away and terminated

☑ gender/sex — only African American female whose comp time taken away in department + terminated

☐ religion

☐ national origin

☐ age (year of birth) _____ (only when asserting a claim of age discrimination)

☐ disability or perceived disability (specify disability) _____

E. The facts of my case are as follows. Attach additional pages if needed. Since September 23, 2019 I was harassed, discriminated against, had my comp time taken away, had a rat placed on my door, retaliated against for complaining to management and lastly terminated. I was the only African American female in the department of victim service officers. Copy of charge filed with EEOC and additional supporting facts attached.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____
September 2019

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter

☑ issued a Notice of Right to Sue letter, which I received on *(date)*: _____
September 1, 2020

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed

☐ less than 60 days have elapsed

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Hostile work environment - $100,000.00 I was continuously harassed at work by upper management.
- Wrongful termination - $100,000.00 I was terminated in retaliation by upper management for complaining on upper management.
- Emotional distress - $100,000.00 I suffered depression and anxiety and had to take medication due to treatment from upper management.
- Wrongful termination of my comp time - $100,000.00. I missed several needed doctors appts and medical care due to upper management restricti Page 6 of 7 and taking away my comp time. Comp time I would have accrued and been paid for when I left the organization. Total relief I am seeking is $400,000.00

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 11/23/20

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: LaNitra Jeter

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Lanitra F. Jeter**
1916 Live Oak Trace
Birmingham, AL 35235

From: **Birmingham District Office**
Ridge Park Place
1130 22nd Street South
Birmingham, AL 35205

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2020-00512 | **MICHAEL COCHRAN**, Investigator | (205) 651-7047 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____  FOR

**BRADLEY A. ANDERSON,**
District Director

SEP 0 1 2020

*(Date Mailed)*

Enclosures(s)

cc: **OFFICE OF THE DISTRICT ATTORNEY**
c/o Danny Carr
District Attorney
801 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 420-2020-00512 |

_____null_____ and EEOC
State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.)
**MS. LANITRA F JETER**

**Home Phone:** (b)(7)(C) 1 Line Redacted
**Year of Birth:**

**Street Address:** (b)(7)(C) 1 Line Redacted
**City, State and ZIP Code:** BIRMINGHAM, AL 35235

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| THE DISTRICT ATTORNEY OFFICE | | (205) 325-5252 |

**Street Address:** 801 RICHARD ARRINGTON JR. BOULEVARD NORTH, BIRMINGHAM, AL 35203

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 03-16-2020
Latest: 03-16-2020
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*
See attached document for charge particulars.

In addition, I believe that I was discharged on March 16, 2020, because of my race (African-American) and in retaliation for my complaints to the employer, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Lanitra Jeter on 04-03-2020 04:26 PM EDT

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

March 20, 2020

La Nitra Jeter
(b)(7)(C) 1 Line Redacted
Birmingham, AL 35235
(b)(7)(C) 1 Line Redacted



The Office of The District Attorney Office
carrd@jccal.org
801 Richard Arrington Jr. Blvd North
Birmingham, AL 35203
(205) 325-5252

Date of Incident: September 23, 2019

**RE: Case 420-2020-00512**

To Whom it May Concern,

    I want to file a charge of discrimination against The District Attorney Office of Danny Carr. While employed under the District Attorney I was the only African American Victim Service Officer in the office, and I was treated very differently than my Caucasian coworkers. I experienced discrimination based on race, color, religion and retaliation on a constant basis. I was harassed by my Supervisor Judy Yates in various ways off and on during my employment. Having to deal with the discrimination caused me to have increased anxiety, depression, suicidal thoughts and isolation from some coworkers.
    On September 23, 2019, I was informed by my supervisor Judy Yates that I was no longer allowed to accrue comp time as my fellow coworkers did. I asked why, but no reason was given at that time. I advised Ms. Yates that I had a doctor's appointment that afternoon that I could not miss. I was informed by Ms. Yates that I would need to bring an excuse back to the office in order to go to my appointment. I followed the directions given to me and brought an excuse back to Ms. Yates.
    I later met with Ms. Judy Yates and Michael McCurry in reference to me being prohibited from accruing comp time. At the meeting I was advised I am no longer allowed to receive comp time because it appeared as soon as I accrued the comp time, I utilized it for whatever reason and other employees, within the office, had noticed. I asked, "if I have legitimately accrued comp time and it is available to me to use why am I being penalized for using it?" I received no answer from either party. I advised both Judy and Michael that my

husband has medical issues which sometimes prohibits him from driving so I must take him to his appointments. I myself have a medical issue I am trying to rectify with my provider along with upcoming court dates. I attempted to explain the circumstances to Michael McCurry and Judy Yates but was advised it is my business the reasons I use my comp time. After becoming very frustrated and upset I went back to my office unable to accrue comp time with no legitimate reason given. The other four Caucasian victim service officers in the office could accrue comp time and leave the office for hair appointments, because it gets dark outside and other reasons with no consequences.

During the time I could not accrue comp time I missed several doctor's appointments that I needed to go to. My husband missed doctor's appointments as well. On November 12, 2019 I met with Judy Yates and informed her that I needed to have my comp time reinstated. I advised her that my husband has an upcoming surgery and I did not have any time accrued for his procedure or if an emergency arose and I needed to be off. After being prohibited to accrue comp time for over a month's time Judy Yates granted my request but with restrictions. I was only allowed to come into the office from 7:30am to 4:30pm, whereas another officer, who is Caucasian, could come into the office from 7:00am to 4:30pm and accrue additional comp time.

I emailed a complaint to the Assistant District Attorney, Joe Roberts, with no resolution. Joe Roberts informed me to follow the chain of command and to only utilize the Assistant and District Attorney after that has been done. I followed the chain of command as instructed and discussed my issues and concerns with my Supervisor. A few days later I came to work, and a cut out of a large black rat had been placed on my name place by my officer door. This upset me tremendously and I took a photo of the image. I asked my coworkers who placed the rat on my name plate but received no response. The black rat remained on my name plate for weeks and was eventually removed by an unknown individual. I was being called a black rat as retaliation and harassment because I submitted a complaint against my supervisor to her supervisor.

I have endured discriminated against me in my office because I am African American, I reported my supervisor for misconduct and I reported inaccuracies of my supervisor. I have been stripped of employment privileges, constantly harassed by management and forced to work in a hostile environment. I 'm sure I left out pertinent information and details so If you have additional questions or need additional information I can be reached at (b)(7)(C) 1 Line Redacted and (b)(7)(C) 1 Line Redacted

Respectfully,

LaNitra Jeter