# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LANITRA JETER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:20-CV-01863-ACA |
| | ) |
| **JEFFERSON COUNTY, ALABAMA,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## JOINT MOTION TO SUBSTITUTE PARTY

COME NOW the parties and hereby jointly move to substitute Danny Carr, in his official capacity as District Attorney of Jefferson County, as the party-defendant in this matter.  This is an employment discrimination and retaliation case and the Third Amended Complaint [Doc. 61] names Jefferson County, Alabama as the defendant.  The parties jointly request that the Court remove Jefferson County, Alabama as the defendant and substitute Danny Carr, in his official capacity as District Attorney of Jefferson County, in lieu thereof.

Respectfully submitted,

*/s/ Artur Davis*
Artur Davis
Brian O. Noble
Attorneys for the Plaintiff

1

2

*/s/ James E. Murrill, Jr.*
Robert R. Riley, Jr.
James E. Murrill, Jr.
Attorneys for the Defendant