# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LANITRA JETER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:20-CV-01863-ACA |
| | ) |
| **DANNY CARR, in his official** | ) |
| **capacity as District Attorney** | ) |
| **of Jefferson County,** | ) |
| | ) |
| **Defendant.** | ) |

## EVIDENTIARY SUBMISSION IN SUPPORT OF
## THE MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Danny Carr in his official capacity as Jefferson County District Attorney ("DA Carr"), and hereby submits the following evidence in support of his previously filed Motion for Summary Judgment [Doc. 77]:

    A.    Exhibit A - Deposition of Judy Yates and exhibits thereto

    B.    Exhibit B - Plaintiff's Interrogatory Responses

    C.    Exhibit C - Deposition of Lanitra Jeter and exhibits thereto

    D.    Exhibit D - Deposition of Danny Carr and exhibits thereto

    E.    Exhibit E - Deposition of Joe Roberts and exhibit thereto

    F.    Exhibit F - November 6, 2019 Email

    G.    Exhibit G - Affidavit of Micheal McCurry and supporting documents

H. Exhibit H - Memorandum of Understanding between Office of Prosecution Services and Jefferson County District Attorney's Office

I. Exhibit I - September 16, 2019 Comp Time Request

J. Exhibit J - Affidavit of Judy Yates and supporting documents

K. Exhibit K - July 26, 2019 and July 31, 2019 Emails

L. Exhibit L - Docket information for *State of Alabama v. Marquetta Murrell*, Case No. DC-2019-002783

M. Exhibit M - Docket information for *State of Alabama v. Marquetta Murrell*, Case No. DC-2019-002784

N. Exhibit N - Docket information for *State of Alabama v. Marquetta Murrell*, Case No. DC-2019-008628

O. Exhibit O - Affidavit of Warren Brooks

P. Exhibit P - Lanitra Jeter Text Messages

Q. Exhibit Q - Lanitra Jeter Pictures

R. Exhibit R - November 8, 2019 and November 12, 2012 Emails

S. Exhibit S - Affidavit of Joe Roberts

T. Exhibit T - November 21, 2019 Text Messages

U. Exhibit U - Denise Curier Profile

V. Exhibit V - "March 11, 2020: The Day Everything Changed" from npr.org

W. Exhibit W - March 16, 2020 and March 17, 2020 Emails

X. Exhibit X - EEOC Material (Previously Filed as Doc. [35-1])

Y.    Exhibit Y - July 3, 2019 Emails

Z.    Exhibit Z - September 23, 2019 Comp Time Request

AA.   Exhibit AA – October 16, 2019 Emails

                Respectfully submitted,

                */s/ James E. Murrill, Jr.*
                Robert R. Riley, Jr. (ASB-0909-168A)
                James E. Murrill, Jr. (ASB-4329-A57M)

<u>OF COUNSEL</u>:
**RILEY & JACKSON, P.C.**
3530 Independence Drive
Birmingham, Alabama 35209
(205) 879-5000 *telephone*
(205) 879-5901 *facsimile*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Pacer system, which sends notification of such filing to the following counsel of record in this cause:

Brian O Noble
CAPSTONE LAW, LLC
3105 Sunview Drive
P.O. Box 43888
Vestavia, AL 35243
brian.noble@caplawllc.com

Artur Davis
HKM EMPLOYMENT ATTORNEYS
3355 Lenox Road, NE
Atlanta, GA 30326
adavis@hkm.com

*/s/ James E. Murrill, Jr.*
OF COUNSEL