

FILED

2022 May-31  PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

# (PART 2)

Mail - hardyd@jccal.org

DA000475

# RE: Friday

Barefield, Erin E.

Tue 6/4/2019 10:37 AM

To:Hardy, Dionne R. <hardyd@jccal.org>;

Perfect! Thank you!!

Erin Barefield
Victim Service Officer (VSO)
(205)325-5252 ext. 4623

**From:** Hardy, Dionne R.
**Sent:** Tuesday, June 4, 2019 10:37 AM
**To:** Barefield, Erin E. <barefielde@jccal.org>
**Subject:** Re: Friday

You are welcome to use it.

**From:** Barefield, Erin E.
**Sent:** Tuesday, June 4, 2019 10:32:20 AM
**To:** Hardy, Dionne R.
**Subject:** RE: Friday

If I can use the 999 (BPD) time, I'll use that!

Erin Barefield
Victim Service Officer (VSO)
(205)325-5252 ext. 4623

**From:** Hardy, Dionne R.
**Sent:** Tuesday, June 4, 2019 10:32 AM
**To:** Barefield, Erin E. <barefielde@jccal.org>
**Subject:** Friday

PLAINTIFF'S
EXHIBIT

PENGAD 800-631-6989

Good Morning, Ms. Erin,

What will you be using for Friday?

Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Monday, January 27, 2020 9:38 AM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by  yatesj on  1/27/2020

Approved  1/23/2020  1.00   015 COMP EARNED

1

DA000565

Jackson, Tamika

| | |
|---|---|
| From: | District Attorney's HR System <filemaker@jccal.org> |
| Sent: | Tuesday, January 21, 2020 9:31 AM |
| To: | Barefield, Erin E. |
| Cc: | Jackson, Tamika; Hardy, Dionne R. |
| Subject: | Erin Barefield - Approval/Authorization Notice |

Erin ,


The listed request has been approved/authorized by  yatesj on  1/21/2020


Approved  1/21/2020  4.00   015 COMP EARNED

1

DA000566

## Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, July 22, 2020 12:35 PM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by  yatesj on  7/22/2020

Approved   7/30/2020   8.00    019 VAR HOLIDAY

1

DA000577

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Monday, June 08, 2020 4:32 PM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by  yatesj on  6/8/2020

Approved   7/2/2020   8.00    002 SICK–EMPLOYEE

1

DA000583

## Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Monday, June 08, 2020 4:31 PM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by  yatesj  on  6/8/2020

Approved   7/1/2020   8.00    002 SICK–EMPLOYEE

1

DA000584

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, April 12, 2019 1:44 PM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by yatesj on 4/12/2019

Approved  4/15/2019  8.00   016 COMP TIME USED  Out of town

1

DA000407

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, November 13, 2019 9:58 AM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,


The listed request has been approved/authorized by  yatesj on  11/13/2019


Approved   1/3/2020   8.00   001 VACATION   Vacation/Brother back from deployment

1

DA000411

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, November 13, 2019 9:58 AM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by  yatesj on  11/13/2019

Approved   1/2/2020   8.00   001 VACATION   Vacation/Brother back from deployment

1

DA000412

Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, January 02, 2020 12:15 PM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,


The listed request has been approved/authorized by  yatesj  on  1/2/2020



Approved   12/30/2019   4.00    001 VACATION   Requesting entire day instead of 4
hours that was previously approved

1

DA000414

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, November 13, 2019 9:56 AM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by  yatesj on  11/13/2019

Approved   11/22/2019  3.00   015 COMP EARNED   Out of town

1

DA000429

**Jackson, Tamika**

| | |
|---|---|
| From: | District Attorney's HR System <filemaker@jccal.org> |
| Sent: | Tuesday, November 19, 2019 4:05 PM |
| To: | Barefield, Erin E. |
| Cc: | Jackson, Tamika; Hardy, Dionne R. |
| Subject: | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by yatesj on 11/19/2019

Approved  11/13/2019  8.00   072 INSERVICE EDUC  This is a test

1

DA000432

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, November 06, 2019 10:08 AM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by  yatesj on  11/6/2019

Approved   11/8/2019   8.00   002 SICK–EMPLOYEE   Ortho appt.

1

DA000436

## Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, September 20, 2019 8:35 AM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,


The listed request has been approved/authorized by  yatesj on  9/20/2019



Approved  9/20/2019  1.00   015 COMP EARNED

1

DA000447

## Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Monday, August 05, 2019 3:51 PM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by  yatesj on  8/5/2019

Approved  8/19/2019  8.00   003 SICK–FAMILY  Catherine f/u and Biodex for ACL post-op

1

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, July 18, 2019 10:35 AM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,


The listed request has been approved/authorized by  yatesj  on  7/18/2019



Approved  8/2/2019  8.00  ~~015 COMP EARNED~~  016  used  Lasix Surgery

1

DA000457

## Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, July 18, 2019 10:35 AM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,

The listed request has been approved/authorized by  yatesj on  7/18/2019

Approved  8/1/2019  8.00  ~~015~~ 016 COMP-~~EARNED~~ used  Lasix Surgery

1

## Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, July 18, 2019 10:35 AM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,


The listed request has been approved/authorized by  yatesj on  7/18/2019


Approved   7/17/2019   8.00    019 VAR HOLIDAY   Doctor's Appointment

DA000461

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Tuesday, July 09, 2019 4:24 PM |
| **To:** | Barefield, Erin E. |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Erin Barefield - Approval/Authorization Notice |

Erin ,


The listed request has been approved/authorized by  yatesj on  7/9/2019



Approved  7/11/2019  4.00   015 COMP EARNED

DA000464

## Jackson, Tamika

| | |
|---|---|
| **From:** | Jeter, LaNitra |
| **Sent:** | Friday, March 13, 2020 9:12 AM |
| **To:** | Jackson, Tamika |
| **Subject:** | RE: Early day |

I'm staying over till 2:15

**From:** Jackson, Tamika <jacksonta@jccal.org>
**Sent:** Friday, March 13, 2020 9:10 AM
**To:** Jeter, LaNitra <Jeterl@jccal.org>
**Subject:** Early day

## Good morning,

This is your early day and you came in at 7:11am instead of 7:00am.  Will you be staying over to make up time or will you use time from vac/sic/comp?

Thanks,
Tamika Jackson



DA000273

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, January 10, 2020 3:06 PM |
| **To:** | lanitramckinney@yahoo.com |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Nitra Jeter - Approval/Authorization Notice |

Nitra,

The listed request has been approved/authorized by  yatesj  on  1/10/2020

Approved   1/14/2020   4.00   016 COMP TIME USED   Court Date

1

DA000309

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, January 10, 2020 3:06 PM |
| **To:** | lanitramckinney@yahoo.com |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Nitra Jeter - Approval/Authorization Notice |

Nitra,

The listed request has been approved/authorized by  yatesj on  1/10/2020

Approved   1/14/2020   4.00    O16 COMP TIME USED   Court Date

1

Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Tuesday, February 04, 2020 9:42 AM |
| **To:** | lanitramckinney@yahoo.com |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Nitra Jeter - Approval/Authorization Notice |

Nitra,

The listed request has been approved/authorized by  yatesj on  2/4/2020

Approved   2/18/2020   8.00    016 COMP TIME USED   Court date in Georgia

1

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, February 26, 2020 11:50 AM |
| **To:** | lanitramckinney@yahoo.com |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Nitra Jeter – Approval/Authorization Notice |

Nitra,

The listed request has been approved/authorized by  yatesj on  2/26/2020

Approved   2/28/2020   8.00   016 COMP TIME USED   School Board Meeting

1

DA000276

NAME: ERIN BAREFIELD
POSITION: VSO OFFICER

VH:2020 _ / _ / _ 2021 _ / _ / _

PAGE 1

| DATE/SAT | SUN | MON | TUE | WED | THU | FRI | SE | SF | VAC | S-Bal | V-Bal | E | U | BAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/28 | | V 8 | −8 | H | 999−V | V 8 2 8 | −8 | | +8 −16 | 32 | 64 | | −8 | 9 |
| 1/4 | | +1 | +.75 | +1 | +.999 | +1 | | | | 24 | 64 | +1.75 | | 11.75 |
| 1/11 | | +1 | +1.25 | +1 | −1.50 | +1 | | | | 24 | 64 | +5.25 | −1.50 | 10 |
| 1/18 | | H | −4 | −.25 | +.75 | | | | | 24 | 64 | +.75 | −4 | 12.75 |
| 1/25 | | +1 | +1 | +1 | +1 | 9 8 | −8 | | +8 | 16 | 64 | +3 | −.25 | 15.50 |
| 2/1 | | +1 | | | −1.50 | | | | | 24 | 72 | +3.75 | −1.50 | 17.75 |
| 2/8 | | | −1.25 | +1 | +1 | | | | | 24 | 72 | +2.50 | −1.25 | 19 |
| 2/15 | | H | +.75 | +1 | +1 | | +8 | | | 24 | 72 | +1.75 | | 20.75 |
| 2/22 | | +1 | −8 | | | −1.25 | | | | 24 | 72 | +1 | −1.25 | 9.50 |
| 2/29 | | +.50 | +.25 | +.50 | +1 | +.25 | +8 | | +8 | 32 | 80 | +.50 | | 10 |
| 3/7 | | | | | | −3.25 | | | | 32 | 80 | +.25 | −3.25 | 9 |
| 3/14 | | | | | | | | | | 32 | 80 | | | 9 |
| 3/21 | | | | | | | | | | 32 | 88 | | | 9 |
| 3/28 | | | | | | | +8 | | +8 | 40 | 88 | | | 9 |
| 4/4 | | | | | H | | | | | 40 | 88 | | | 9 |
| 4/11 | | | | | | | | | | 40 | 88 | | | 9 |
| 4/18 | | H | | | | | +8 | | | 40 | 96 | | | 9 |
| 4/25 | | | | | | | | | +8 | 48 | 96 | | | 9 |
| 5/2 | | | | | | | | | | 48 | 96 | | | 9 |
| 5/9 | | | | | | | | | | 48 | 96 | | | 9 |
| 5/16 | | | | | | | | | | 48 | 96 | | | 9 |
| 5/23 | | H | | | | | +8 | | +8 | 48 | 96 | | | 9 |
| 5/30 | | | | | | | | | | 56 | 104 | | | 9 |
| 6/6 | | | | | | | | | | 56 | 104 | | | 9 |
| 6/13 | | | | | | | | | | 56 | 104 | | | 9 |
| 6/20 | | | | | | | | | | 56 | 104 | | | 9 |

2020 Attendance
District Attorney, 10th Judicial Circuit

PLAINTIFF'S EXHIBIT 13
NGAD 800-631-6989

NAME: CHERYL BLACK
POSITION: ASSISTANT VSO OFFICER

VH: 2019 _/_/_ 2020 _/_/_

PAGE 1

| DATE/SAT | SUN | MON | TUE | WED | THU | FRI | SE | SF | VAC | S-Bal | V-Bal | E | U | BAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29 | | | | | | | | | +12 | 8 | 52 | | | 12.25 |
| 1/5 | | +1 | H | -.25 | +.50 | +.25 | +8 | | | 8 | 52 | +2 | -.25 | 15.75 |
| 1/12 | | +1.25 | +1 | +1 | +1 | -8 | | | | 8 | 52 | +3.75 | -8 | 12 |
| 1/19 | | H | | | | | | | | 8 | 52 | +4.25 | | 12 |
| 1/26 | | +1 | snow day | +1 | +.75 | +.25 | +8 | | +12 | 16 | 64 | +3 | | 15 |
| 2/2 | | +1 | +.75 | +.25 | +.75 | +.50 | | | | 16 | 64 | +5 | | 20 |
| 2/9 | | +.75 | +1.50 | +.8 | +.8 | +.25 | -16 | | | 0 | 64 | +1.25 | | 21.50 |
| 2/16 | | H | +.75 | +.50 | +1 | +1.50 | | | | 0 | 64 | +3.75 | | 25.25 |
| 2/23 | | +.75 | -2 | +.25 | +1 | | +8 | | | 8 | 76 | +2 | -2 | 25.25 |
| 3/2 | | +.75 | -2.25 | +.50 | +1.25 | | | | | 0 | 76 | 1.75 | -3.25 | 25.75 |
| 3/9 | | +1 | +1 | -.80 | +.50 | -.50 | -8 | | | 0 | 76 | 3.50 | -.50 | 27.25 |
| 3/16 | | +1.0 | +.50 | -1.25 | +.25 | | | | | 0 | 76 | 2.0 | -1.25 | 28.50 |
| 3/23 | | +1.0 | +10 | -3.25 | +1.0 | -3.0 | | | | 0 | 76 | 3.0 | 7.25 | 25.25 |
| 3/30 | | +1.25 | +1.25 | +.50 | +.60 | | +8 | | +12 | 8 | 88 | 5.25 | | 30.50 |
| 4/6 | +8 | +1 | +1 | +1.0 | +.25 | +1.25 | | | | 8 | 88 | 11.50 | | 48 |
| 4/13 | | +1.0 | +1.25 | +1.25 | -1.0 | -8 | | | | 8 | 88 | 4.0 | -9 | 43 |
| 4/20 | | H | | +1 | | | | | | 8 | 88 | +1 | | 44 |
| 4/27 | | +1.0 | +.50 | +.50 | -2.0 | | +8 | | +12 | 16 | 100 | 2.0 | -2.0 | 44 |
| 5/4 | | V-8 | +1.50 | -3.0 | +1.0 | +.25 | | | -8 | 16 | 92 | 2.75 | -3.0 | 43.25 |
| 5/11 | | +1.0 | +1.25 | +1.50 | +.50 | | | | | 16 | 92 | 6.50 | | 50.25 |
| 5/18 | | +1.25 | +1.25 | -1.50 | +.75 | | | | | 16 | 92 | 4.25 | -1.50 | 53 |
| 5/25 | | H | | +.50 | | -8.0 | | | | 16 | 92 | *1.50 | -8.0 | 46.50 |
| 6/1 | | H | -8 | +1.0 | +1.25 | -2.25 | +8 | | +12 | 24 | 104 | +2.25 | -10.25 | 38.50 |
| 6/8 | | +1.50 | +1.0 | +1.0 | +1.0 | | | | | 24 | 104 | +6.75 | | 45.25 |
| 6/15 | | +1.75 | +1.25 | +1.0 | +1.50 | | | | | 24 | 104 | 8.35 | | 53.50 |
| 6/22 | | +.25 | +.25 | -1.0 | -8.0 | -8.0 | | | | 24 | 104 | .50 | -20 | 34 |

2019 Attendance
District Attorney, 10th Judicial Circuit

PLAINTIFF'S EXHIBIT

PENGAD 800-631-6989

DA000627

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, June 14, 2019 11:20 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  6/14/2019

Approved   06/28/2019   8.00    016 COMP TIME USED



DA000630

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, June 14, 2019 11:20 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  6/14/2019

Approved   06/27/2019   8.00   016 COMP TIME USED

1

DA000631

Jackson, **Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, June 14, 2019 11:20 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  6/14/2019

Approved   06/26/2019   4.00    016 COMP TIME USED

1

DA000632

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, May 24, 2019 10:20 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black – Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  5/24/2019

Approved   06/04/2019   8.00    016 COMP TIME USED

1

DA000636

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, May 24, 2019 10:20 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  5/24/2019

Approved   05/31/2019   8.00    016 COMP TIME USED

1

DA000639

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, April 12, 2019 1:45 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  4/12/2019

Approved   04/19/2019   8.00   016 COMP TIME USED

1

DA000646

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, January 16, 2019 2:49 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Thornton, Carmenlita |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by yatesj on 1/16/2019

Approved   01/18/2019   8.00   016 COMP TIME USED

1

DA000662

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, December 05, 2019 4:27 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  12/5/2019

Approved   12/10/2019   8.00    016 COMP TIME USED   Eye surgery

DA000670

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, December 05, 2019 4:27 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  12/5/2019

Approved   12/9/2019   8.00   016 COMP TIME USED   Eye surgery

1

DA000671

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, November 13, 2019 9:58 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  11/13/2019

Approved   11/27/2019   8.00   016 COMP TIME USED

1

DA000674

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, November 13, 2019 9:58 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by yatesj on 11/13/2019

Approved   11/22/2019   8.00   001 VACATION

1

DA000676

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, October 30, 2019 4:14 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  10/30/2019

Approved  11/5/2019  8.00   016 COMP TIME USED   Eye surgery

1

DA000681

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, October 30, 2019 4:14 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  10/30/2019

Approved   11/4/2019   8.00    016 COMP TIME USED   Eye surgery

DA000682

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, September 26, 2019 10:15 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by yatesj on 9/26/2019

Approved   10/11/2019   8.00   001 VACATION

1

DA000688

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, September 26, 2019 10:15 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj  on  9/26/2019

Approved   10/10/2019   8.00    001 VACATION

1

DA000689

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, September 26, 2019 10:15 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  9/26/2019

Approved  10/9/2019  8.00   001 VACATION

DA000690

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, September 26, 2019 10:15 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  9/26/2019

Approved   10/8/2019   8.00    001 VACATION

1

DA000691

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, September 26, 2019 10:15 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  9/26/2019

Approved   10/7/2019   8.00    001 VACATION

1

DA000692

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Monday, September 16, 2019 11:25 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by yatesj on 9/16/2019

Approved  9/11/2019  8.00   002 SICK–EMPLOYEE

1

DA000699

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Monday, September 16, 2019 11:25 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  9/16/2019

Approved  9/10/2019  8.00   002 SICK–EMPLOYEE

DA000700

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Monday, August 26, 2019 1:32 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

**Cheryl,**

**The listed request has been approved/authorized by yatesj on 8/26/2019**

**Approved   9/3/2019   8.00   019 VAR HOLIDAY**

1

DA000703

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, August 14, 2019 10:20 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by yatesj on 8/14/2019

Approved   08/14/2019   4.75   016 COMP TIME USED

1

DA000707

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, June 14, 2019 11:21 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

**Cheryl,**

**The listed request has been approved/authorized by  yatesj on  6/14/2019**

**Approved   07/03/2019  8.00    001 VACATION**

DA000715

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, June 14, 2019 11:21 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black – Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj  on  6/14/2019

Approved    07/02/2019   8.00    001 VACATION

1

DA000716

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Friday, June 14, 2019 11:20 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  6/14/2019

Approved   07/01/2019   8.00   001 VACATION

DA000717

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Wednesday, January 16, 2019 2:49 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Thornton, Carmenlita |
| **Subject:** | Cheryl Black – Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on 1/16/2019

Approved   01/18/2019   8.00    016 COMP TIME USED

1

DA000753

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, February 27, 2020 9:00 AM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

**Cheryl,**

**The listed request has been approved/authorized by  yatesj on  2/27/2020**

**Approved  2/27/2020  3.5   016 COMP TIME USED**

DA000822

## Jackson, Tamika

| | |
|---|---|
| **From:** | Black, Cheryl |
| **Sent:** | Tuesday, February 18, 2020 7:40 AM |
| **To:** | Jackson, Tamika |
| **Subject:** | RE: Time for Friday |

Im going to use a sick day.

**From:** Jackson, Tamika <jacksonta@jccal.org>
**Sent:** Friday, February 14, 2020 9:21 AM
**To:** Black, Cheryl <blackc@jccal.org>
**Subject:** Time for Friday

## Good morning,

## Please let me know early Tuesday morning what type of time you would like to use for Friday 2/14/2020.

## Thanks,
## Tamika Jackson

1

## Jackson, Tamika

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Tuesday, January 14, 2020 3:55 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  1/14/2020

Approved  1/17/2020  8.00   001 VACATION

1

DA000833

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Tuesday, January 14, 2020 3:55 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  1/14/2020

Approved  1/16/2020  8.00   001 VACATION

1

DA000834

**Jackson, Tamika**

| | |
|---|---|
| **From:** | District Attorney's HR System <filemaker@jccal.org> |
| **Sent:** | Thursday, September 24, 2020 12:10 PM |
| **To:** | Black, Cheryl |
| **Cc:** | Jackson, Tamika; Hardy, Dionne R. |
| **Subject:** | Cheryl Black - Approval/Authorization Notice |

Cheryl,

The listed request has been approved/authorized by  yatesj on  9/24/2020

Approved   9/30/2020   8.00   019 VAR HOLIDAY

DA000848

**From:** Yates, Judy
**Sent:** Wednesday, November 6, 2019 11:12 AM
**To:** McCurry, Micheal <mccurrym@jccal.org>
**Subject:** RE: Comp Time

OMG,  she was just telling me yesterday how it would be a long time before she did anything else because this was already working.  Good Grief Charlie Brown!!

*Judy*

**From:** McCurry, Micheal <mccurrym@jccal.org>
**Sent:** Wednesday, November 6, 2019 10:47 AM
**To:** Jeter, LaNitra <jeterl@jccal.org>
**Cc:** Yates, Judy <Yatesj@jccal.org>
**Subject:** RE: Comp Time

Please talk with Judy about this.

**From:** Jeter, LaNitra <jeterl@jccal.org>
**Sent:** Wednesday, November 06, 2019 10:30 AM
**To:** McCurry, Micheal <mccurrym@jccal.org>
**Subject:** Comp Time

Good morning Michael

My doctor advised that I will need more invasive surgery within a few months. When I had my surgery she found additional issues that she could not fix or address because I did not have enough time set aside for recovery. I need to start accruing comp time so I will be able to have the surgery that I need. The surgery I had was a temporary fix and it did not correct my severe pain that I have.

Thanks
LaNitra


PLAINTIFF'S EXHIBIT
16
PENGAD 800-631-6989

**Nitra**

Text Message
Oct 25, 2019, 7:38 AM

Good morning Judy. I don't feel well this morning. I won't be in today.



thanks

Oct 29, 2019, 5:54 PM

Doctor called this evening and said the lump is a cyst but it is nothing to be concerned about. Thank God



No problem

Oct 31, 2019, 2:44 PM

i just woke up. i feel like crap. surgery went well. they couldn't remove the fibroids though.

DA000345

 



**Nitra**



i just woke up. i feel like crap.
surgery went well. they couldn't
remove the fibroids though.



Thanks. Will do

Good morning Judy. Im still in
pain this morning. I won't be in
today.



Everything is done and
finalized. Services will be held
on December 14

Good I know that is a relief for

DA000346

 

**Nitra**

Dec 7, 2018

Everything is done and finalized. Services will be held on December 14



it is.

Dec 11, 2018

Hey Judy. I need to leave at 3 today. I'm hurting really bad. I will stop by Michael's office to let him know as well.

You can leave. You do not have to let him know. Thanks. Hope you get to feeling better.

thanks

Dec 21, 2018

Hey Judy. Is it okay for me to leave at 2 today. The office is



DA000347

**Nitra**

Dec 23, 2019, 1:33 PM

Hey Judy. Is it okay for me to leave at 2 today. The office is empty and pretty slow. I want to go and pick up a few last minute things. Danyy is closing the office at 3.

Dec 23, 1:33 PM, 1:33 PM



it's ok. im staying till 3



it's ok. that way i dont have to use any of my comp time

Ok. I hope you have a very Merry

you too

Dec 23, 2019, 1:34 PM

 

DA000348

**Nitra**

Hey Judy. Is it okay for me to leave at 1:15 today? I'm just getting over walking pneumonia.



thanks. im going straight to bed

hey Judy. I'm leaving UAB emergency room. I have the flu. doctor said i can't go into work until Monday. I have an excuse



thanks. i will

did you know our script/ prescription coverage changed at the first of the year? we have

DA000349

10:26 ✈                    LTE



Nitra

did you know our script/
prescription coverage changed
at the first of the year? we have
to call the new company to get
everything transferred over to
them before we can use our
insurance card to pick up a
prescription. im been waiting to
get my antibiotics for an hour



is it ok for my realtor to come
by my office today to go over
some information. she will be
here at 8:30.



ok

     

DA000350

**Nitra**

Jan 9, 2020

is it ok for my realtor to come by my office today to go over some information. she will be here at 8:30.



ok

Jan 11, 2020

hey Judy. we just  finished up. im waiting on the paperwork. i probably won't make it back to the office today. its raining bad here so i have to drive slow

Jan 11, 2020

Beware that leaves you with only 2 hours comp time.

I know. I anticipated being done earlier plus its storming here but at least we won the case

DA000351

**Nitra**

Jan 14, 2020  11:29 AM

hey Judy. we just  finished up. im waiting on the paperwork. i probably won't make it back to the office today. its raining bad here so i have to drive slow

Jan 14, 2020  1:12 PM



I know. I anticipated being done earlier plus its storming here but at least we won the case



Feb 19, 2020  8:25 AM

hey judy. i won't be in today. i dont feel well. my stomach is upset

Ok I hope you get to feeling better

DA000352

 

**Nitra**

Feb 13, 2020 1:41 AM

hey judy. i won't be in today. i dont feel well. my stomach is upset



thank you. me too

Feb 15, 2020 2:13 AM

hey judy. i still dont feel well. i wont be in today



if i dont feel better i probably will



Mar 4, 2020 6:31 AM

im at the church but in the hallway. the paramedics are at



DA000353

**From:** Yates, Judy
**Sent:** Monday, November 18, 2019 9:43 AM
**To:** McCurry, Micheal <mccurrym@jccal.org>
**Subject:** time

Hi Micheal,

I have it from a good source that Nitra is going to ask to be off Wed. to go to Atlanta to co-sign a lease with her son.
Any suggestions?  Let her have it?

*Judy Yates*
*Victim Service Officer Coordinator*
*District Attorney's Office*
*Tenth Judicial Circuit*
*801 Richard Arrington Jr Blvd N*
*Birmingham, AL 35203*
*(205) 325-5260*
*Fax (205) 521-7510*

DA000363