FILED

2022 May-31  PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

**From:** Carr, Danny <carrd@jccal.org>
**Sent:** Wednesday, November 6, 2019 8:50 AM
**To:** District Attorney - Birmingham <DistrictAttorney-Birmingham@jccal.org>
**Subject:**

Let me remind everyone that if you have a problem please report that problem to your immediate supervisor. There is a chain of command to follow please adhere to this message.

If you have any questions regarding who your immediate supervisor is please contact Joe Roberts. Thanks.


Danny Carr
**District Attorney**
801 Richard Arrington Jr. Blvd. N
Birmingham, AL 35203
Phone: (205) 325-5252

DA001186