FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H

# Memorandum of Understanding
## BETWEEN THE OFFICE OF PROSECUTION SERVICES AND 10th JUDICIAL CIRCUIT DISTRICT ATTORNEYS OFFICE

This AGREEMENT is made and entered into by and between the Office of Prosecution Services (OPS) and the 10th Judicial Circuit District Attorneys Office (District Attorney).

### PURPOSE
OPS and District Attorney enter into this AGREEMENT in order to accomplish the following:

### SCOPE OF WORK
OPS will provide services and staff, and otherwise complete necessary task incidental to the performance of grant guidelines and deliverables as set forth below:
To:
- Draft Grant Proposal
- Secure funding to OPS to employ certified victim service officers
- Secure funding to OPS to conduct training to certify victim service officers
- Secure funding for certified victim service officers to attend annual training
- Provide speakers and conduct training for certified victim service officers
- Administer all funds and make all grant purchases
- Provide overall grant management to include, but not limited to, filing timely reports and maintaining records

DISTRICT ATTORNEY will provide services and staff, and otherwise complete necessary tasks incidental to the performance of work, as set forth below:
To:
- Provide space at the DISTRICT ATTORNEY'S office for certified victim service officer(s)
- Direct manage and supervise in day to day operations
- Require attendance and participation in certified victim service officer training
- Ensure that the certified victim service officer is working 100% of time on the grant program
- If applicable, pay certified victim service officer employee longevity costs in an assessment to OPS no later than December 1, 2018
- Notify OPS executive director, fiscal officer, and grant administrator immediately of changes to the employment status of the named certified victim service officer employee
- Agree to promptly inform OPS of any actions or allegations which would implicate or endanger either the terms of the grant or the employees qualification to serve in this capacity
- Policy concerning leave will be determined by the District Attorney for which the certified victim service officer is assigned
- If applicable, compensation of any accrued leave, upon separation of employment, shall be the responsibility of the District Attorney for which the certified victim service officer is assigned
- Abide by all grant guidelines and deliverables to include submission of monthly reporting

### PERIOD OF PERFORMANCE
Subject to other grant provisions, the period of performance under this AGREEMENT will be from October 1, 2018 to termination of Grant Term; if not terminated sooner upon non-award of Grant.

### COMPENSATION AND PAYMENT
Compensation will be provided by OPS for the salary and travel of the certified victim service officer.

### ASSURANCES
OPS and DISTRICT ATTORNEY agree that all activity pursuant to this AGREEMENT will be in accordance with all the applicable current federal, state and local laws, rules, regulations and any applicable grant guidelines.

### APPROVAL
This AGREEMENT shall be subject to the written approval of authorized representatives of OPS and DISTRICT ATTORNEY and shall not be binding until so approved. The AGREEMENT may be altered, amended, or waived only by a written amendment executed by both parties. Either party may cancel the AGREEMENT with 30 days notice to the other party. OPS and / or DISTRICT ATTORNEY may immediately cancel the AGREEMENT if state or federal funding ceases to be available.

| Office of Prosecution Services | 10th Judicial Circuit District Attorneys Office |
|---|---|
| _[signature]_  11/15/18 | _[signature]_  12/17/18 |
| Barry D. Matson — Date | Danny Carr — Date |
| Executive Director | District Attorney |

DA 000001