# EXHIBIT I

**Jackson, Tamika**

**From:** District Attorney's HR System <filemaker@jccal.org>
**Sent:** Monday, September 16, 2019 11:25 AM
**To:** lanitramckinney@yahoo.com
**Cc:** Jackson, Tamika; Hardy, Dionne R.
**Subject:** Nitra Jeter - Approval/Authorization Notice

Nitra,

The listed request has been approved/authorized by  yatesj on  9/16/2019

Approved   9/16/2019   3.0   016 COMP TIME USED   Mediation

1

DA000192