FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT K

**From:** Roberts, Joe
**To:** McCurry, Micheal
**Subject:** FW: Marquetta Murrell DC19-2783 & 2009
**Date:** Monday, November 1, 2021 10:20:14 AM

---

**From:** Zarzour, Neal <zarzourn@jccal.org>
**Sent:** Wednesday, July 31, 2019 1:44 PM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** RE: Marquetta Murrell DC19-2783 & 2009

Unbelievable! Seems like maybe Lanitra would have told us since she's employed here. As soon as I can clear up from Bell's court, I'll get it done. It may be tomorrow.

**From:** Roberts, Joe <robertsjo@jccal.org>
**Sent:** Wednesday, July 31, 2019 1:09 PM
**To:** Zarzour, Neal <zarzourn@jccal.org>
**Subject:** FW: Marquetta Murrell DC19-2783 & 2009

Apparently Marquetta Murrell has another misdemeanor Harassing Communications where Lanitra Jeter is the victim – DC19-2784. Nobody told me about that one. Can you please make me a packet with all the info from that case like you did the other and I will forward it to her. Thanks.

Joe

**From:** Carol Boone <carol.boone@alabamada.gov>
**Sent:** Wednesday, July 31, 2019 12:08 PM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** Re: Marquetta Murrell DC19-2783 & 2009

What about Marquetta Murrell's third case, 01/DC-19-2784? It is a Harassing Communications case with a different victim, Lanitra Jeter.

Carol Boone Assistant District Attorney 30th Judicial Circuit State of Alabama 205/594-2180

Roberts, Joe <robertsjo@jccal.org> , 7/31/2019 10:33 AM:

> Carol,
>
> I am attaching the documents we have in our file on the two Marquetta Murrell cases – the DV2 case (felony pending Grand Jury) and the Violation of Protection Order (misdemeanor pending in Judge Fortune's Court). If you have any questions please reach out to DDA Mara Russell at 205-325-5252 ext. 2767. I know Mara had some dealings with the case and had requested some additional items from the detective (which I do not see in our file). Mara is out of the office until next week (I am ccing her on this email). You may want to file a Notice of Appearance on the

DA001172

misdemeanor (DC19-2009) case just so you will get notices (I am ccing Neal Zarzour the supervisor over District Court on this email as well in case you need to ask him any questions). As far as the Grand Jury case you will need to coordinate that with Shanna Weber our Grand Jury Coordinator. I will send her your contact information, but just in case you want to reach out to her you can reach her at:

205-325-5252 ext. 4633
webers@jccal.org

Let us know if you need anything else from us. Thanks for handling these for us.

Joe L. Roberts
Chief Deputy District Attorney
Jefferson County District Attorneys Office
Birmingham, Alabama 35203
(205) 325-5252 ext. 4630
robertsjo@jccal.org

DA001173

| | |
|---|---|
| **From:** | Roberts, Joe |
| **To:** | McCurry, Micheal |
| **Subject:** | FW: Marquetta Murrell DC19-2783 & 2009 |
| **Date:** | Monday, November 1, 2021 10:20:09 AM |

**From:** Smith, April <smithap@jccal.org>
**Sent:** Wednesday, July 31, 2019 1:57 PM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** RE: Marquetta Murrell DC19-2783 & 2009

Esther with the AG's Office is going to try and prepare the letter today. She said our e-mail was sufficient so you can let Carol know.

Thanks,
April

**From:** Roberts, Joe <robertsjo@jccal.org>
**Sent:** Wednesday, July 31, 2019 1:20 PM
**To:** Smith, April <smithap@jccal.org>
**Subject:** RE: Marquetta Murrell DC19-2783 & 2009

Thank you.

**From:** Smith, April <smithap@jccal.org>
**Sent:** Wednesday, July 31, 2019 1:19 PM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** RE: Marquetta Murrell DC19-2783 & 2009

Good grief. Yes, I'll contact the AG's Office and see if an e-mail will be sufficient or if they need another letter.

**From:** Roberts, Joe <robertsjo@jccal.org>
**Sent:** Wednesday, July 31, 2019 1:11 PM
**To:** Smith, April <smithap@jccal.org>
**Subject:** FW: Marquetta Murrell DC19-2783 & 2009

Apparently Marquetta Murrell has another misdemeanor Harassing Communication where Lanitra Jeter is the victim so we will need to add it to the list of cases for recusal. Nobody told me about that one. Can we notify AG's Office and have them appoint St. Clair County on that one as well. I will get the info on that case and forward it to Carol Boone. Thanks.

Joe

**From:** Carol Boone <carol.boone@alabamada.gov>

DA001174

**Sent:** Wednesday, July 31, 2019 12:08 PM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** Re: Marquetta Murrell DC19-2783 & 2009

What about Marquetta Murrell's third case, 01/DC-19-2784? It is a Harassing Communications case with a different victim, Lanitra Jeter.

Carol Boone Assistant District Attorney 30th Judicial Circuit State of Alabama 205/594-2180

Roberts, Joe <robertsjo@jccal.org> , 7/31/2019 10:33 AM:

> Carol,
>
> I am attaching the documents we have in our file on the two Marquetta Murrell cases — the DV2 case (felony pending Grand Jury) and the Violation of Protection Order (misdemeanor pending in Judge Fortune's Court). If you have any questions please reach out to DDA Mara Russell at 205-325-5252 ext. 2767. I know Mara had some dealings with the case and had requested some additional items from the detective (which I do not see in our file). Mara is out of the office until next week (I am ccing her on this email). You may want to file a Notice of Appearance on the misdemeanor (DC19-2009) case just so you will get notices (I am ccing Neal Zarzour the supervisor over District Court on this email as well in case you need to ask him any questions). As far as the Grand Jury case you will need to coordinate that with Shanna Weber our Grand Jury Coordinator. I will send her your contact information, but just in case you want to reach out to her you can reach her at:
>
> 205-325-5252 ext. 4633
> webers@jccal.org
>
> Let us know if you need anything else from us. Thanks for handling these for us.
>
> Joe L. Roberts
> Chief Deputy District Attorney
> Jefferson County District Attorneys Office
> Birmingham, Alabama 35203
> (205) 325-5252 ext. 4630
> robertsjo@jccal.org

| | |
|---|---|
| **From:** | Roberts, Joe |
| **To:** | McCurry, Micheal |
| **Subject:** | FW: Marquetta Murrell DC19-2783 & 2009 |
| **Date:** | Monday, November 1, 2021 10:19:25 AM |

**From:** Roberts, Joe
**Sent:** Friday, July 26, 2019 10:59 AM
**To:** Yates, Judy <YatesJ@jccal.org>
**Subject:** RE: Marquetta Murrell DC19-2783 & 2009

I can call him. Thanks.

**From:** Yates, Judy <YatesJ@jccal.org>
**Sent:** Friday, July 26, 2019 10:58 AM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** RE: Marquetta Murrell DC19-2783 & 2009

Thanks, who needs to let Mr. Jeter know?

*Judy*

**From:** Roberts, Joe <robertsjo@jccal.org>
**Sent:** Friday, July 26, 2019 10:56 AM
**To:** Yates, Judy <YatesJ@jccal.org>
**Subject:** Marquetta Murrell DC19-2783 & 2009

We have decided to recuse on these cases and St. Clair County DA's Office will be handing. Thanks.

Joe L. Roberts
Chief Deputy District Attorney
Jefferson County District Attorneys Office
Birmingham, Alabama 35203
(205) 325-5252 ext. 4630
robertsjo@jccal.org

| | |
|---|---|
| **From:** | Roberts, Joe |
| **To:** | McCurry, Micheal |
| **Subject:** | FW: Marquetta Murrell DC19-2783 & 2009 |
| **Date:** | Monday, November 1, 2021 10:20:22 AM |

**From:** Carol Boone <carol.boone@alabamada.gov>
**Sent:** Wednesday, July 31, 2019 2:19 PM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** Re: Marquetta Murrell DC19-2783 & 2009

Gotcha

Carol Boone Assistant District Attorney 30th Judicial Circuit State of Alabama 205/594-2180

Roberts, Joe <robertsjo@jccal.org> , 7/31/2019 2:18 PM:

> We notified AG by email about the additional case and they said that was sufficient so you are good to go to handle all three. Thanks.
>
> Joe
>
> On Jul 31, 2019, at 1:29 PM, Carol Boone <carol.boone@alabamada.gov> wrote:
>
>> Thanks:)
>>
>> Carol Boone Assistant District Attorney 30th Judicial Circuit State of Alabama 205/594-2180
>>
>> Roberts, Joe <robertsjo@jccal.org> , 7/31/2019 1:07 PM:
>>
>>> Dang it – yes that is one we need to recuse on as well. Lanita is actually an employee with our office. Somehow I missed that. Thank you for catching it and letting me know. I will file the appropriate paperwork and send you the info on that case as well. Thanks.
>>>
>>> Joe
>>>
>>> ---
>>>
>>> **From:** Carol Boone <carol.boone@alabamada.gov>
>>> **Sent:** Wednesday, July 31, 2019 12:08 PM

DA001183

**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** Re: Marquetta Murrell DC19-2783 & 2009

What about Marquetta Murrell's third case, 01/DC-19-2784? It is a Harassing Communications case with a different victim, Lanitra Jeter.

Carol Boone Assistant District Attorney 30th Judicial Circuit State of Alabama
205/594-2180

Roberts, Joe <robertsjo@jccal.org> , 7/31/2019 10:33 AM:

> Carol,
>
> I am attaching the documents we have in our file on the two Marquetta Murrell cases – the DV2 case (felony pending Grand Jury) and the Violation of Protection Order (misdemeanor pending in Judge Fortune's Court). If you have any questions please reach out to DDA Mara Russell at 205-325-5252 ext. 2767. I know Mara had some dealings with the case and had requested some additional items from the detective (which I do not see in our file). Mara is out of the office until next week (I am ccing her on this email). You may want to file a Notice of Appearance on the misdemeanor (DC19-2009) case just so you will get notices (I am ccing Neal Zarzour the supervisor over District Court on this email as well in case you need to ask him any questions). As far as the Grand Jury case you will need to coordinate that with Shanna Weber our Grand Jury Coordinator. I will send her your contact information, but just in case you want to reach out to her you can reach her at:
>
> 205-325-5252 ext. 4633
>
> webers@jccal.org
>
> Let us know if you need anything else from us. Thanks for handling these for us.
>
> Joe L. Roberts
> Chief Deputy District Attorney
> Jefferson County District Attorneys Office
> Birmingham, Alabama 35203
> (205) 325-5252 ext. 4630

robertsjo@jccal.org

DA001185