FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT L

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JAY MURRILL**



County: **01**  Case Number: **DC-2019-002783.00**  Court Action: **BOUND OVER GJ**
Style: **STATE OF ALABAMA V. MURRELL MARQUETTA LACHEL**

Real Time

## Case

### Case Information

| | | |
|---|---|---|
| County: **01-JEFFERSON - BIRMINGHAM** | Case Number: **DC-2019-002783.00** | Judge: **K-R-KATRINA ROSS** |
| Defendant Status: **BOND** | Trial Type: | Charge: **DV 2ND DEGREE - ASSA** |
| Related Cases: **GJ201900167600** | | Court Action: **BOUND OVER GJ** |
| Probation Office #: **0-000000-00** | Probation Office Name: | |
| Jury Demand: **False** | Traffic Citation #: **19001843** | DL Destroy Date: |
| Grand Jury Court Action: **No bill by grand jury's action** | Inpatient Treatment Ordered: | Previous DUI Convictions: **000** |

### Case Initiation

| | | |
|---|---|---|
| Case Initiation Date: **03/18/2019** | Case Initiation Type: **ARREST** | Offense Date: **02/05/2019** |
| Filing Date: **03/20/2019** | Agency ORI: | Arresting Agency Type: **STATE (INCLUDES PARK RANGER)** |
| Arrest Date: **03/18/2019** | Arresting Officer: | City Code/Name: **00** |
| Indictment Date: | Grand Jury: | Domestic Violence: **YES** |

### Defendant Information

| | | |
|---|---|---|
| Name: **MURRELL MARQUETTA LACHEL** | Alias 1: | Alias 2: |
| Address 1: | Address 2: | |
| City: **BIRMIGNHAM** | State: **AL**  Zip: **35215-0000** | Country: |
| DOB: | SSN: | Phone: **0** |
| Driver License N°: **AL** | State ID: **AL000000000** | Eyes/Hair: **BRO/BLK** |
| Height: **5'06"** | Weight: **140** | Race/Sex: **B/F** |
| Youthful Date: | | |
| AL Institutional Service Num: | | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | PDF001 | P-PUBLIC DEFENDER | PUBLIC DEFENDER'S OFFICE | COURT@JEFFCODEFENDER.ORG | (205) 588-4220 |
| Attorney 2 | FOR085 | P-PUBLIC DEFENDER | FORBES DERRICK WOODROW | DFORBES@JEFFCODEFENDER.ORG | (205) 207-4448 |
| Attorney 3 | CAR251 | P-PUBLIC DEFENDER | CARTER CYNTHIA EATON | CCARTER@JEFFCODEFENDER.ORG | (205) 588-4220 |
| Prosecutor 1 | CAR084 | | CARR DANNY DARNELL | CARRD@JCCAL.ORG | (205) 325-5252 |

### Warrant Information

| | | |
|---|---|---|
| Warrant Issuance Date: | Warrant Issuance Status: | Description: |
| Warrant Action Date: | Warrant Action Status: | Description: |
| Warrant Location Date: | Warrant Location Status: | Description: |
| Number Of Warrants: **000 000** | | |

### Bond Information

| | | |
|---|---|---|
| Bond Amount: **20000.00** | Bond Type: **S** | Bond Type Desc: **PROF BOND CO** |
| Bond Company: **LCB001** | Surety Code: **S001** | Release Date: **03/18/2019** |
| Failed to Appear Date: | Bondsman Process Issuance: | Bondsman Process Return: |

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: **000** | Last Update: **10/22/2019** | Updated By: **DOM** |

## Charges / Disposition

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | **B-BOUND OVER GJ** | Court Action Date: | **05/30/2019** |
| Date Trial Began but No Verdict (TBNV1): | | | |
| Date Trial Began but No Verdict (TBNV2): | | | |

### Filing Charges

| # | Code | ID | Description | Cite | Type Description | Category | Class |
|---|---|---|---|---|---|---|---|
| 001 | DOV2 | | DV 2ND DEGREE - ASSAULT | 13A-006-131 | FELONY | PERSONAL | |

### Disposition Charges

| # | Code | ID | Description | Cite | Type Description | Category | Class | Court Action | Court Action Date |
|---|---|---|---|---|---|---|---|---|---|
| 001 | DOV2 | | DV 2ND DEGREE - ASSAULT | 13A-006-131 | FELONY | PERSONAL | | BOUND OVER GJ | 05/30/2019 |

## Sentences

### Sentence 0

#### Sentence

| | | |
|---|---|---|
| Requirements Completed: **NO** | Sentence Provisions: **Y** | Jail Credit Period: **0 Years, 0 Months, 0 Days.** |
| Sentence Date: | Sentence Start Date: | Sentence End Date: |
| Probation Period: **0 Years, 0 Months, 0 Days.** | Probation Begin Date: | Probation Revoke: |
| License Susp Period: **0 Years, 0 Months, 0 Days.** | Last Update: **06/18/2019** | Updated By: **CYC** |

#### Monetary

| | | | | |
|---|---|---|---|---|
| Costs: | Fine: | Fine Imposed: 0.00 | Fine Suspended: 0.00 | Immigration Fine: |
| Crime Victims Fee: | | Crime History Fee: | License Suspension Fee: | Drug User Fee: |
| WC Fee 85%: | | Municipal Court: | Jail Fee: | Drug Docket Fees: |
| WC Fee DA: | | Removal Bill: | Amt Over Minimum CVF: | Alias Warrant: |
| SX10: | Prelim Hearing: | Attorney Fees: | Demand Reduction Hearing: | Subpoena: |

#### Restitution

| Recipient | Restitution | Description | Amount |
|---|---|---|---|

#### Confinement

| | |
|---|---|
| Imposed Confinement Period: **0 Years, 0 Months, 0 Days.** | Suspended Confinement Period **0 Years, 0 Months, 0 Days.** |
| Total Confinement Period: **0 Years, 0 Months, 0 Days.** | Penitentiary: |
| Life Without Parole: | Boot Camp: |
| Jail: | Life: | Death: |

| | | | | | |
|---|---|---|---|---|---|
| Split: | | Reverse Split: | | Electronic Monitoring: | -0 |
| Concurrent Sentence: | | Consecutive Sentence: | | Coterminous Sentence: | |
| Chain Gang: | 0 | | | | |

### Programs

| | | | | | |
|---|---|---|---|---|---|
| Jail Diversion: | | Informal Probation: | | Alcoholics Anonymous: | |
| Dui School: | | Defensive Driving Shcool: | | Doc Drug Program: | |
| PreTrail Diversion: | | Bad Check School: | | Mental Health: | |
| Court Referral Program: | | Alternative Sentencing: | | Drug Court: | |
| Anger Management Program: | | Doc Community Corrections: | | Jail Community Corrections: | |
| Community Service: | | Community Service Hrs: | 0 | | |

### Enhanced

| | | | | | |
|---|---|---|---|---|---|
| Drug Near Project: | | Sex Offender Community Notification: | | Drugs Near School: | |
| Habitual Offender: | | Habitual Offender Number: | 0 | Victim DOB: | |
| Drug: | | Drug Code: | | Drug Volume: | 0.00 |
| Drug Measure Unit: | | | | | |

*Key: x = ordered by judge and should be collected. m = ordered by judge but remitted immediately. n = normally assessed but ordered to 'not collect

### Linked Cases

| Sentencing Number | Case Type | Case Type Description | CaseNumber |
|---|---|---|---|
| | | | |

## Enforcement

### Enforcement

| | | | | | |
|---|---|---|---|---|---|
| Payor: | D001 | Enforcement Status: NO MONEY OWED | | Placement Status: | |
| Amount Due: | $0.00 | | Amount Paid: | $0.00 | Balance: $0.00 |
| Due Date: | | Last Paid Date: | Frequency: | | Frequency Amt: $0.00 |
| Over/Under Paid: | $0.00 | TurnOver Date: | TurnOver Amt: | $0.00 | D999 Amt: $0.00 |
| PreTrial: | YES | PreTrail Date: | PreTrial Terms: | YES | Pre Terms Date: |
| Delinquent: | YES | Delinquent Date: | DA Mailer: | YES | DA Mailer Date: |
| Warrant Mailer: | YES | Warrant Mailer Date: | Last Update: | 06/18/2019 | Updated By: CYC |
| Comments: | | | | | |

### Enforcement

| | | | | | |
|---|---|---|---|---|---|
| Payor: | S001 | Enforcement Status: ACTIVE: PERMITS MAILERS, RECEIPTING OR DA TURNOVER | | Placement Status: | |
| Amount Due: | $35.00 | | Amount Paid: | $35.00 | Balance: $0.00 |
| Due Date: | 05/01/2019 | Last Paid Date: 04/02/2019 | Frequency: | | Frequency Amt: $0.00 |
| Over/Under Paid: | $0.00 | TurnOver Date: | TurnOver Amt: | $0.00 | D999 Amt: $0.00 |
| PreTrial: | YES | PreTrail Date: | PreTrial Terms: | YES | Pre Terms Date: |
| Delinquent: | YES | Delinquent Date: | DA Mailer: | | DA Mailer Date: |
| Warrant Mailer: | YES | Warrant Mailer Date: | Last Update: | 04/02/2019 | Updated By: DEL |
| Comments: | | | | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | BAIL | S001 | 000 | $35.00 | $35.00 | $0.00 | $0.00 | |
| | | | | Total: | $35.00 | $35.00 | $0.00 | $0.00 | |

## Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2019 | RECEIPT | BAIL | 2019135 | 7790400 | $35.00 | S001 | 000 | | N | | | DEL |

## SJIS Witness List

| Witness # | Name | Requesting Party | Attorney | Date Issued | Issued Type | Date Served | Service Type |
|---|---|---|---|---|---|---|---|
| S001 | LAST CHANCE BAIL BONDING | | | | | | |

Subpoena columns: Requesting Party, Attorney, Date Issued, Issued Type, Date Served, Service Type

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 4/1/2019 | 3:55 PM | JUDG | ASSIGNED TO: (K-R) KATRINA ROSS   (AR01) | THE |
| 4/1/2019 | 3:55 PM | STAT | INITIAL STATUS SET TO: "B" - BOND   (AR01) | THE |
| 4/1/2019 | 3:55 PM | FILE | FILED ON: 03/20/2019   (AR01) | THE |
| 4/1/2019 | 3:55 PM | ARRS | DEFENDANT ARRESTED ON: 03/18/2019   (AR01) | THE |
| 4/1/2019 | 3:55 PM | BOND | BOND SET AT: $20000.00   (AR01) | THE |
| 4/1/2019 | 3:55 PM | BNDT | BOND TYPE OF PROF BOND CO   (AR01) | THE |
| 4/1/2019 | 3:55 PM | S001 | SURETY ADDED: LAST CHANCE BAIL BONDING   (AR01) | THE |
| 4/1/2019 | 3:55 PM | REDT | DEFENDANT RELEASED FROM JAIL: 03/18/2019   (AR01) | THE |
| 4/1/2019 | 3:55 PM | DAT1 | SET FOR: FIRST CALL ON 04/09/2019 AT 0900A (AR01) | THE |
| 4/1/2019 | 3:55 PM | FILE | CHARGE 01: DV 2ND DEGREE - ASSA/#CNTS: 001 (AR01) | THE |
| 4/1/2019 | 3:55 PM | COMM | DC19-2009,DC2784   (AR01) | THE |
| 4/2/2019 | 8:06 AM | CASP | CASE ACTION SUMMARY PRINTED   (AR01) | THE |
| 4/2/2019 | 8:34 AM | S001 | ENFORCEMENT STATUS SET TO:  "A"   (FE52) | DEL |
| 4/2/2019 | 8:34 AM | S001 | ENF PLACEMENT STATUS SET TO: "H"   (FE52) | DEL |
| 4/2/2019 | 8:34 AM | S001 | PAYMENT FREQUENCY SET TO: "L"   (FE52) | DEL |
| 4/2/2019 | 8:34 AM | S001 | BAIL FEE PAID INDICATOR SET TO: N   (FE52) | DEL |
| 4/2/2019 | 8:34 AM | S001 | BAIL FEE PAID INDICATOR SET TO: Y   (FE52) | DEL |
| 4/3/2019 | 3:27 PM | ESCAN | SCAN - FILED 3/20/2019 - CAS | GLR |
| 4/3/2019 | 3:27 PM | ESCAN | SCAN - FILED 3/20/2019 - CAS | GLR |
| 4/3/2019 | 4:23 PM | ESCAN | SCAN - FILED 3/20/2019 - AFFIDAVIT | GLR |
| 4/3/2019 | 4:23 PM | ESCAN | SCAN - FILED 3/20/2019 - AFFIDAVIT | GLR |
| 4/3/2019 | 4:24 PM | ESCAN | SCAN - FILED 3/20/2019 - BOND(S) | GLR |
| 4/9/2019 | 10:42 AM | SCAN | CASE SCANNED STATUS SET TO: N   (AR10) | AJA |
| 4/9/2019 | 10:42 AM | ATY1 | ATTORNEY FOR DEFENDANT: PUBLIC DEFENDER'S OFFIC | AJA |
| 4/9/2019 | 10:44 AM | ---- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 4/9/2019 | 10:44 AM | JEORDE | ORDER E-FILED - ORDER APPOINTING PUBLIC DEFENDER AND SETTING WAIVE OR SETTLE - E-FILE ORDER - RENDERED & ENTERED: 4/9/2019 10:44:33 AM | |
| 4/9/2019 | 10:44 AM | DAT2 | SET FOR: SETTLEMENT DOCKET/ ON 05/30/2019 AT 0130P | AJA |
| 4/9/2019 | 10:45 AM | ---- | SCANNED - SET FOR SETTLEMENT DOCKET - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 4/9/2019 | 10:45 AM | JESET | SETTLEMENT DOCKET /SET FOR 5/30/2019 1:30 PM | |
| 4/10/2019 | 9:00 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | FOR085 |
| 4/10/2019 | 9:01 AM | ATY2 | ATTORNEY FOR DEFENDANT: FORBES DERRICK WOODROW | AJA |
| 5/28/2019 | 3:08 PM | ENOTA | NOTICE OF APPEARANCE E-FILED | CAR251 |
| 5/28/2019 | 3:08 PM | ATY3 | ATTORNEY FOR DEFENDANT: CARTER CYNTHIA EATON(AR26) | AJA |
| 5/30/2019 | 3:41 PM | JEORDE | ORDER E-FILED - ORDER WAIVING CASE - E-FILE ORDER - RENDERED & ENTERED: 5/30/2019 3:41:18 PM | |
| 6/18/2019 | 4:51 PM | DJID | DISPOSITION JUDGE ID CHANGED FROM:   TO: K-R | CYC |
| 6/18/2019 | 4:51 PM | DISP | CHARGE 01: DV 2ND DEGREE - ASS/#CNTS: 001  (AR10) | CYC |
| 6/18/2019 | 4:51 PM | DISP | CHARGE 01 DISPOSED BY: BOUND OVER ON: 05/30/2019 | CYC |
| 6/18/2019 | 4:51 PM | SENT | SENTENCE RECORD CREATED FOR CHARGE: 00   (AR10) | CYC |
| 6/18/2019 | 4:51 PM | D001 | ENFORCEMENT STATUS SET TO: "N"   (AR10) | CYC |
| 6/18/2019 | 4:51 PM | DOMV | CASE INVOLVES DOMESTIC VIOLENCE   (AR10) | CYC |

| 6/26/2019 | 9:08 AM | ESCAN | SCAN - FILED 6/26/2019 - MOTION | |
| 6/26/2019 | 5:06 PM | ---- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 6/26/2019 | 5:07 PM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 6/26/2019 5:07:15 PM | |
| 10/22/2019 | 9:43 AM | GJCA | GRAND JURY ACTION SET TO "N" (NO BILL)   (AR10) | DOM |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 4/3/2019 3:27:17 PM | 2 | CAS | REDACTED - | 1 |
| 4/3/2019 4:23:24 PM | 4 | AFFIDAVIT | REDACTED - | 2 |
| 4/3/2019 4:24:09 PM | 5 | BOND(S) | | 3 |
| 4/9/2019 10:44:55 AM | 7 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 4/9/2019 10:44:47 AM | 6 | ORDER APPOINTING PUBLIC DEFENDER and SETTING WAIVE or SETTLE | E-FILE ORDER | 1 |
| 4/9/2019 10:46:07 AM | 8 | SET FOR SETTLEMENT DOCKET - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 4/10/2019 9:01:51 AM | 9 | NOTICE OF APPEARANCE | Notice of Appearance | 1 |
| 4/10/2019 9:01:56 AM | 10 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 5/28/2019 3:09:23 PM | 11 | NOTICE OF APPEARANCE | Notice of Substitution | 1 |
| 5/28/2019 3:11:24 PM | 12 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 5/30/2019 3:41:38 PM | 13 | ORDER WAIVING CASE | E-FILE ORDER | 1 |
| 5/30/2019 3:41:45 PM | 14 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/26/2019 9:08:40 AM | 15 | MOTION | MOTION TO REVOKE | 2 |
| 6/26/2019 5:07:44 PM | 17 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 6/26/2019 5:07:39 PM | 16 | ORDER | E-FILE ORDER | 1 |

 END OF THE REPORT