FILED

2022 May-31  PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT M

# ALABAMA SJIS CASE DETAIL



alacourt.com

**County:** 01     **Case Number:** DC-2019-002784.00     **Court Action:** NOL PROSS
**Style:** STATE OF ALABAMA V. MURRELL MARQUETTA

`Real Time`

## Case

### Case Information

| | | |
|---|---|---|
| County: **01-JEFFERSON - BIRMINGHAM** | Case Number: **DC-2019-002784.00** | Judge: **MCF-MARIA C. FORTUNE** |
| Defendant Status: **BOND** | Trial Type: | Charge: **HARASSING COMMUNICAT** |
| Related Cases: **WR201900098000** | | Court Action: **NOL PROSS** |
| Probation Office #: **0-000000-00** | Probation Office Name: | |
| Jury Demand: **False** | Traffic Citation #: **850449** | DL Destroy Date: |
| Grand Jury Court Action: | Inpatient Treatment Ordered: | Previous DUI Convictions: **000** |

### Case Initiation

| | | |
|---|---|---|
| Case Initiation Date: **03/18/2019** | Case Initiation Type: **ARREST** | Offense Date: **02/24/2019** |
| Filing Date: **03/20/2019** | Agency ORI: | Arresting Agency Type: **COUNTY** |
| Arrest Date: **03/18/2019** | Arresting Officer: | City Code/Name: **00** |
| Indictment Date: | Grand Jury: | Domestic Violence: **NO** |

### Defendant Information

| | | |
|---|---|---|
| Name: **MURRELL MARQUETTA** | Alias 1: | Alias 2: |
| Address 1: | Address 2: | |
| City: **BIRMINGHAM** | State: **AL** Zip: **35215-0000** | Country: |
| DOB: | SSN: | Phone: |
| Driver License N°: | State ID: **AL000000000** | Eyes/Hair: **BRO/BLK** |
| Height : **5'06"** | Weight: **140** | Race/Sex: **B/F** |
| Youthful Date: | | |
| AL Institutional Service Num: | | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | PDF001 | P-PUBLIC DEFENDER | PUBLIC DEFENDER'S OFFICE | COURT@JEFFCODEFENDER.ORG | (205) 588-4220 |
| Attorney 2 | FOR085 | P-PUBLIC DEFENDER | FORBES DERRICK WOODROW | DFORBES@JEFFCODEFENDER.ORG | (205) 207-4448 |
| Attorney 3 | CAR251 | P-PUBLIC DEFENDER | CARTER CYNTHIA EATON | CCARTER@JEFFCODEFENDER.ORG | (205) 588-4220 |
| Attorney 4 | MIZ003 | P-PUBLIC DEFENDER | MIZEL-GOLDFARB MELINA ELA | MMIZELGOLDFARB@JEFFCODEFENDER.ORG | (205) 588-4220 |
| Attorney 5 | BEN084 | P-PUBLIC DEFENDER | BENSON JOSEPH CLAYTON | CLAYTON.BENSON@STATEFARM.COM | (205) 877-9386 |
| Prosecutor 1 | CAR084 | | CARR DANNY DARNELL | CARRD@JCCAL.ORG | (205) 325-5252 |
| Prosecutor 2 | BOO020 | | BOONE CAROL JEAN | CAROL.BOONE@STCLAIRDA.COM | (205) 338-9429 |

### Warrant Information

| | | |
|---|---|---|
| Warrant Issuance Date: | Warrant Issuance Status: | Description: |
| Warrant Action Date: | Warrant Action Status: | Description: |
| Warrant Location Date: | Warrant Location Status: | Description: |
| Number Of Warrants: **000 000** | | |

## Bond Information

| | | |
|---|---|---|
| Bond Amount: **300.00** | Bond Type: **R** | Bond Type Desc: **RECOGNIZANCE** |
| Bond Company: | Surety Code: **000** | Release Date: **03/19/2019** |
| Failed to Appear Date: | Bondsman Process Issuance: | Bondsman Process Return: |

## Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

## Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: **001** | Last Update: **02/05/2020** | Updated By: **ROS** |

# Charges / Disposition

## Court Action

| | |
|---|---|
| Court Action: **N-NOL PROSS** | Court Action Date: **02/04/2020** |
| Date Trial Began but No Verdict (TBNV1): | |
| Date Trial Began but No Verdict (TBNV2): | |

### Filing Charges

| # | Code | ID | Description | Cite | Type Description | Category | Class |
|---|---|---|---|---|---|---|---|
| 001 | HCOM | | HARASSING COMMUNICATIONS | 13A-011-008(B) | MISDEMEANOR | PERSONAL | |

### Disposition Charges

| # | Code | ID | Description | Cite | Type Description | Category | Class | Court Action | Court Action Date |
|---|---|---|---|---|---|---|---|---|---|
| 001 | HCOM | | HARASSING COMMUNICATIONS | 13A-011-008(B) | MISDEMEANOR | PERSONAL | | NOL PROSS | 02/04/2020 |

# Sentences

# Sentence 0

## Sentence

| | | |
|---|---|---|
| Requrements Completed: **NO** | Sentence Provisions: **N** | Jail Credit Period: **0 Years, 0 Months, 0 Days.** |
| Sentence Date: | Sentence Start Date: | Sentence End Date: |
| Probation Period: **0 Years, 0 Months, 0 Days.** | Probation Begin Date: | Probation Revoke: |
| License Susp Period: **0 Years, 0 Months, 0 Days.** | Last Update: **02/05/2020** | Updated By: **ROS** |

## Monetary

| | | |
|---|---|---|
| Costs: | Fine: | Fine Imposed: 0.00 | Fine Suspended: 0.00 | Immigration Fine: |
| Crime Victims Fee: | Crime History Fee: | License Suspension Fee: | Drug User Fee: |
| WC Fee 85%: | Municipal Court: | Jail Fee: | Drug Docket Fees: |
| WC Fee DA: | Removal Bill: | Amt Over Minimum CVF: | Alias Warrant: |
| SX10: | Prelim Hearing: | Attorney Fees: | Demand Reduction Hearing: | Subpoena: |

## Restitution

| Recipient | Restitution | Description | Amount |
|---|---|---|---|

## Confinement

| | | | |
|---|---|---|---|
| Imposed Confinement Period: | **0 Years, 0 Months, 0 Days.** | Suspended Confinement Period | **0 Years, 0 Months, 0 Days.** |
| Total Confinement Period: | **0 Years, 0 Months, 0 Days.** | Penitentiary: | |
| Life Without Parole: | | Boot Camp: | |
| Jail: | | Life: | Death: |
| Split: | | Reverse Split: | Electronic Monitoring: | **-0** |
| Concurrent Sentence: | | Consecutive Sentence: | Coterminous Sentence: |
| Chain Gang: | **0** | | |

## Programs

| | | |
|---|---|---|
| Jail Diversion: | Informal Probation: | Alcoholics Anonymous: |
| Dui School: | Defensive Driving Shcool: | Doc Drug Program: |
| PreTrail Diversion: | Bad Check School: | Mental Health: |
| Court Referral Program: | Alternative Sentencing: | Drug Court: |
| Anger Management Program: | Doc Community Corrections: | Jail Community Corrections: |
| Community Service: | Community Service Hrs: **0** | |

## Enhanced

| | | |
|---|---|---|
| Drug Near Project: | Sex Offender Community Notification: | Drugs Near School: |
| Habitual Offender: | Habitual Offender Number: **0** | Victim DOB: |
| Drug: | Drug Code: | Drug Volume: **0.00** |
| Drug Measure Unit: | | |

**\*Key: x = ordered by judge and should be collected. m = ordered by judge but remitted immediately. n = normally assessed but ordered to 'not collect**

## Linked Cases

| Sentencing Number | Case Type | Case Type Description | CaseNumber |
|---|---|---|---|
| | | | |

# Enforcement

## Enforcement

| | | | | | | |
|---|---|---|---|---|---|---|
| Payor: | **D001** | Enforcement Status: | NO MONEY OWED | | Placement Status: | |
| Amount Due: | **$0.00** | | Amount Paid: | $0.00 | Balance: | $0.00 |
| Due Date: | | Last Paid Date: | Frequency: | | Frequency Amt: | $0.00 |
| Over/Under Paid: | **$0.00** | TurnOver Date: | TurnOver Amt: | $0.00 | D999 Amt: | $0.00 |
| PreTrial: | **YES** | PreTrail Date: | PreTrial Terms: | YES | Pre Terms Date: | |
| Delinquent: | **YES** | Delinquent Date: | DA Mailer: | YES | DA Mailer Date: | |
| Warrant Mailer: | **YES** | Warrant Mailer Date: | Last Update: | 02/05/2020 | Updated By: | ROS |
| Comments: | | | | | | |

# Financial

# SJIS Witness List

| | | | | Subpoena | | | |
|---|---|---|---|---|---|---|---|
| Witness # | Name | Requesting Party | Attorney | Date Issued | Issued Type | Date Served | Service Type |
| W001 | CONFIDENTIAL | | | | | | |

# Case Action Summary

| Date: | Time | Code | Comments | | Operator |
|---|---|---|---|---|---|
| 4/1/2019 | 4:06 PM | JUDG | ASSIGNED TO: (K-R) KATRINA ROSS | (AR01) | THE |

| Date | Time | Code | Description | |
|------|------|------|-------------|---|
| 4/1/2019 | 4:06 PM | STAT | INITIAL STATUS SET TO: "B" - BOND          (AR01) | THE |
| 4/1/2019 | 4:06 PM | FILE | FILED ON: 03/20/2019 | THE |
| 4/1/2019 | 4:06 PM | ARRS | DEFENDANT ARRESTED ON: 03/18/2019          (AR01) | THE |
| 4/1/2019 | 4:06 PM | COMM | DC19-2009,DC2783          (AR01) | THE |
| 4/1/2019 | 4:06 PM | BOND | BOND SET AT: $300.00          (AR01) | THE |
| 4/1/2019 | 4:06 PM | REDT | DEFENDANT RELEASED FROM JAIL: 03/19/2019   (AR01) | THE |
| 4/1/2019 | 4:06 PM | DAT1 | SET FOR: HEARING ON 04/09/2019 AT 0900A    (AR01) | THE |
| 4/1/2019 | 4:06 PM | BNDT | BOND TYPE OF RECOGNIZANCE          (AR01) | THE |
| 4/1/2019 | 4:06 PM | FILE | CHARGE 01: HARASSING COMMUNICAT/#CNTS: 001  (AR01) | THE |
| 4/2/2019 | 8:06 AM | CASP | CASE ACTION SUMMARY PRINTED          (AR01) | THE |
| 4/3/2019 | 3:27 PM | ESCAN | SCAN - FILED 3/20/2019 - CAS | GLR |
| 4/3/2019 | 3:27 PM | ESCAN | SCAN - FILED 3/20/2019 - CAS | GLR |
| 4/3/2019 | 4:25 PM | ESCAN | SCAN - FILED 3/20/2019 - WARRANTS | GLR |
| 4/3/2019 | 4:25 PM | ESCAN | SCAN - FILED 3/20/2019 - BOND(S) | GLR |
| 4/9/2019 | 10:41 AM | SCAN | CASE SCANNED STATUS SET TO: N          (AR10) | AJA |
| 4/9/2019 | 10:41 AM | ATY1 | ATTORNEY FOR DEFENDANT: PUBLIC DEFENDER'S OFFIC | AJA |
| 4/9/2019 | 10:43 AM | ---- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 4/9/2019 | 10:44 AM | DAT2 | SET FOR: PRETRIAL DOCKET/HE ON 05/30/2019 AT 0130P | AJA |
| 4/9/2019 | 10:44 AM | JEORDE | ORDER E-FILED - ORDER APPOINTING PUBLIC DEFENDER AND SETTING WAIVE OR SETTLE - E-FILE ORDER - RENDERED & ENTERED: 4/9/2019 10:44:32 AM | |
| 4/9/2019 | 10:44 AM | ---- | SCANNED - SET FOR PRETRIAL HEARING/DOCKET - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 4/9/2019 | 10:45 AM | JESET | PRETRIAL HEARING/DOCKET /SET FOR 5/30/2019 1:30 PM | |
| 4/10/2019 | 9:03 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | FOR085 |
| 4/10/2019 | 9:03 AM | ATY2 | ATTORNEY FOR DEFENDANT: FORBES DERRICK WOODROW | AJA |
| 5/28/2019 | 3:06 PM | ATY3 | ATTORNEY FOR DEFENDANT: CARTER CYNTHIA EATON(AR26) | AJA |
| 5/28/2019 | 3:07 PM | ENOTA | NOTICE OF APPEARANCE E-FILED | CAR251 |
| 5/30/2019 | 3:38 PM | JEORDE | ORDER E-FILED - RECUSAL ORDER - E-FILE ORDER - RENDERED & ENTERED: 5/30/2019 3:38:20 PM | |
| 6/11/2019 | 9:58 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | MIZ003 |
| 6/11/2019 | 9:58 AM | ATY4 | ATTORNEY FOR DEFENDANT: MIZEL-GOLDFARB MELINA ELA | AJA |
| 6/18/2019 | 4:50 PM | JUDG | JUDGE ID CHANGED FROM: K-R TO: MCF          (AR10) | CYC |
| 8/13/2019 | 4:04 PM | PRS2 | PROSECUTOR 2 ASSIGNED: BOONE CAROL JEAN    (AR26) | AJA |
| 8/13/2019 | 4:04 PM | ---- | SCANNED - MOTION - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 8/13/2019 | 4:05 PM | EMOT | C001-OTHER - NOTICE OF APPEARANCE FILED ON 8/7/2019 4:05 PM. | DOM |
| 8/13/2019 | 9:46 PM | ---- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 8/13/2019 | 9:47 PM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 8/13/2019 9:47:30 PM | J |
| 8/13/2019 | 9:47 PM | JEMOT | C001-OTHER /NO ACTION | J |
| 9/3/2019 | 11:56 AM | DAT2 | SET FOR: APPEARANCE DOCKET  ON 11/12/2019 AT 0900A | ROS |
| 10/1/2019 | 9:52 AM | ATY5 | ATTORNEY FOR DEFENDANT: BENSON JOSEPH CLAYTON | AJA |
| 10/1/2019 | 9:53 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | BEN084 |
| 11/12/2019 | 9:54 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 11/12/2019 9:54:47 AM | |
| 11/12/2019 | 10:52 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 11/12/2019 10:52:32 AM | |
| 11/12/2019 | 10:54 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 11/12/2019 10:54:48 AM | |
| 11/13/2019 | 1:48 PM | DAT1 | SET FOR: PREL HEARING ON 02/04/2020 AT 0130P(AR10) | ROS |
| 12/18/2019 | 9:37 AM | ESCAN | SCAN - FILED 12/18/2019 - SUBPOENA REQUEST | STM |
| 2/3/2020 | 11:02 AM | SERC | SERVICE OF NO SERVICE    ON 01282020 FOR W001 (A | ANH |
| 2/3/2020 | 11:49 AM | ESCAN | SCAN - FILED 1/30/2020 - RETURN ON SERVICE - NOT SERVED | ANH |
| 2/4/2020 | 2:30 PM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 2/4/2020 2:30:47 PM | |
| 2/5/2020 | 8:23 AM | ESCAN | SCAN - FILED 2/4/2020 - PLEA AGREEMENT | ANH |
| 2/5/2020 | 9:33 AM | DJID | DISPOSITION JUDGE ID CHANGED FROM:    TO: MCF | ROS |
| 2/5/2020 | 9:33 AM | DISP | CHARGE 01: HARASSING COMMUNICA/#CNTS: 001  (AR10) | ROS |
| 2/5/2020 | 9:33 AM | DISP | CHARGE 01 DISPOSED BY: NOL PRS/DA ON: 02/04/2020 | ROS |
| 2/5/2020 | 9:33 AM | SENT | SENTENCE RECORD CREATED FOR CHARGE: 00    (AR10) | ROS |
| 2/5/2020 | 9:33 AM | D001 | ENFORCEMENT STATUS SET TO: "N"          (AR10) | ROS |

| **Images** | | | | |
|---|---|---|---|---|
| **Date:** | **Doc#** | **Title** | **Description** | **Pages** |
| 4/3/2019 3:27:51 PM | 2 | CAS | REDACTED - | 1 |
| 4/3/2019 4:25:00 PM | 3 | WARRANTS | | 2 |
| 4/3/2019 4:25:41 PM | 4 | BOND(S) | | 3 |
| 4/9/2019 10:44:49 AM | 6 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 4/9/2019 10:44:46 AM | 5 | ORDER APPOINTING PUBLIC DEFENDER and SETTING WAIVE or SETTLE | E-FILE ORDER | 1 |
| 4/9/2019 10:45:33 AM | 7 | SET FOR PRETRIAL HEARING/DOCKET - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 4/10/2019 9:04:22 AM | 8 | NOTICE OF APPEARANCE | Notice of Appearance | 1 |
| 4/10/2019 9:04:28 AM | 9 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 5/28/2019 3:08:22 PM | 10 | NOTICE OF APPEARANCE | Notice of Substitution | 1 |
| 5/28/2019 3:08:28 PM | 11 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 5/30/2019 3:38:40 PM | 12 | RECUSAL ORDER | E-FILE ORDER | 1 |
| 5/30/2019 3:39:05 PM | 13 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 6/11/2019 9:59:33 AM | 14 | NOTICE OF APPEARANCE | Notice of Appearance | 1 |
| 6/11/2019 9:59:40 AM | 15 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 8/13/2019 4:06:33 PM | 17 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |
| 8/13/2019 4:06:26 PM | 16 | DOCKETED MOTION | MOTION - OTHER - NOTICE OF APPEARANCE DOCKETED MOTION - Other - NOTICE OF APPEARANCE | 2 |
| 8/13/2019 9:48:16 PM | 19 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |
| 8/13/2019 9:47:59 PM | 18 | ORDER | E-FILE ORDER | 1 |
| 10/1/2019 9:53:06 AM | 20 | NOTICE OF APPEARANCE | Notice of Substitution of Counsel | 1 |
| 10/1/2019 9:53:12 AM | 21 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 7 |
| 11/12/2019 9:54:49 AM | 22 | ORDER | E-FILE ORDER | 1 |
| 11/12/2019 9:54:53 AM | 23 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 11/12/2019 10:52:35 AM | 24 | ORDER | E-FILE ORDER | 1 |
| 11/12/2019 10:52:37 AM | 25 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |
| 11/12/2019 10:54:50 AM | 26 | ORDER | E-FILE ORDER | 1 |
| 11/12/2019 10:54:55 AM | 27 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |
| 12/18/2019 9:58:33 AM | 28 | SUBPOENA ISSUED | | 2 |
| 2/3/2020 11:49:56 AM | 29 | RETURN ON SERVICE - NOT SERVED | | 1 |
| 2/4/2020 2:30:45 PM | 30 | ORDER | E-FILE ORDER | 1 |
| 2/5/2020 8:23:01 AM | 31 | PLEA AGREEMENT | | 1 |

 *END OF THE REPORT*