# EXHIBIT N

**ALABAMA SJIS CASE DETAIL**

**PREPARED FOR: JAY MURRILL**



County: **01**  Case Number: **DC-2019-008628.00**  Court Action: **NOL PROSS**
Style: **STATE OF ALABAMA V. MURRELL MARQUETTA**

Real Time

## Case

### Case Information

| | | |
|---|---|---|
| County: | 01-JEFFERSON - BIRMINGHAM | Case Number: **DC-2019-008628.00** |
| Defendant Status: | **BOND** | Trial Type: |
| Related Cases: | **WR201900261200** | |
| Probation Office #: | **0-000000-00** | Probation Office Name: |
| Jury Demand: | **False** | Traffic Citation #: **855000** |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: |

Judge: **MCF-MARIA C. FORTUNE**
Charge: **VIOLATION DV PROTECT**
Court Action: **NOL PROSS**
DL Destroy Date:
Previous DUI Convictions: **000**

### Case Initiation

Case Initiation Date: **08/13/2019**  Case Initiation Type: **ARREST**  Offense Date: **06/04/2019**
Filing Date: **08/14/2019**  Agency ORI:  Arresting Agency Type: **COUNTY**
Arrest Date: **08/13/2019**  Arresting Officer:  City Code/Name: **00**
Indictment Date:  Grand Jury:  Domestic Violence: **YES**

### Defendant Information

Name: **MURRELL MARQUETTA**  Alias 1:  Alias 2:
Address 1: ▮  Address 2:
City: **BIRMINGHAM**  State: **AL**  Zip: **35215-0000**  Country:
DOB: ▮  SSN: ▮  Phone: **0**
Driver License N°: ▮  State ID: **AL000000000**  Eyes/Hair: **BRO/BLK**
Height: **5'06"**  Weight: **120**  Race/Sex: **B/F**
Youthful Date:
AL Institutional Service Num:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Prosecutor 1 | BOO020 | | BOONE CAROL JEAN | CAROL.BOONE@STCLAIRDA.COM | (205) 338-9429 |

### Warrant Information

Warrant Issuance Date:  Warrant Issuance Status:  Description:
Warrant Action Date:  Warrant Action Status:  Description:
Warrant Location Date:  Warrant Location Status:  Description:
Number Of Warrants: **000 000**

### Bond Information

Bond Amount: **300.00**  Bond Type: **S**  Bond Type Desc: **PROF BOND CO**
Bond Company: **FOB028**  Surety Code: **S001**  Release Date: **08/14/2019**
Failed to Appear Date:  Bondsman Process Issuance:  Bondsman Process Return:

### Appeal Information

Appeal Date:  Appeal Case Number:  Appeal Court:
Appeal Status:  Orgin Of Appeal:
Appeal To:  Appeal To Desc:  LowerCourt Appeal Date:
Disposition Date Of Appeal:  Disposition Type Of Appeal:

## Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subpoenas: **001** | Last Update: **02/05/2020** | Updated By: **ROS** |

## Charges / Disposition

### Court Action

| | |
|---|---|
| Court Action: **N-NOL PROSS** | Court Action Date: **02/04/2020** |
| Date Trial Began but No Verdict (TBNV1): | |
| Date Trial Began but No Verdict (TBNV2): | |

### Filing Charges

| # | Code | ID | Description | Cite | Type Description | Category | Class |
|---|---|---|---|---|---|---|---|
| 001 | VPRO | | VIOLATION DV PROTECTION ORDER | 13A-006-142 | MISDEMEANOR | PERSONAL | |

### Disposition Charges

| # | Code | ID | Description | Cite | Type Description | Category | Class | Court Action | Court Action Date |
|---|---|---|---|---|---|---|---|---|---|
| 001 | VPRO | | VIOLATION DV PROTECTION ORDER | 13A-006-142 | MISDEMEANOR | PERSONAL | | NOL PROSS | 02/04/2020 |

## Sentences

### Sentence 0

#### Sentence

| | | |
|---|---|---|
| Requrements Completed: **NO** | Sentence Provisions: **Y** | Jail Credit Period: **0 Years, 0 Months, 0 Days.** |
| Sentence Date: | Sentence Start Date: | Sentence End Date: |
| Probation Period: **0 Years, 0 Months, 0 Days.** | Probation Begin Date: | Probation Revoke: |
| License Susp Period: **0 Years, 0 Months, 0 Days.** | Last Update: **02/05/2020** | Updated By: **ROS** |

#### Monetary

| | | | | |
|---|---|---|---|---|
| Costs: | Fine: | Fine Imposed: 0.00 | Fine Suspended: 0.00 | Immigration Fine: |
| Crime Victims Fee: | | Crime History Fee: | License Suspension Fee: | Drug User Fee: |
| WC Fee 85%: | | Municipal Court: | Jail Fee: | Drug Docket Fees: |
| WC Fee DA: | | Removal Bill: | Amt Over Minimum CVF: | Alias Warrant: |
| SX10: | Prelim Hearing: | Attorney Fees: | Demand Reduction Hearing: | Subpoena: |

#### Restitution

| Recipient | Restitution | Description | Amount |
|---|---|---|---|

#### Confinement

| | |
|---|---|
| Imposed Confinement Period: **0 Years, 0 Months, 0 Days.** | Suspended Confinement Period **0 Years, 0 Months, 0 Days.** |
| Total Confinement Period: **0 Years, 0 Months, 0 Days.** | Penitentiary: |
| Life Without Parole: | Boot Camp: |
| Jail: | Life: | Death: |
| Split: | Reverse Split: | Electronic Monitoring: **-0** |
| Concurrent Sentence: | Consecutive Sentence: | Coterminous Sentence: |
| Chain Gang: **0** | | |

## Programs

| | | |
|---|---|---|
| Jail Diversion: | Informal Probation: | Alcoholics Anonymous: |
| Dui School: | Defensive Driving Shcool: | Doc Drug Program: |
| PreTrail Diversion: | Bad Check School: | Mental Health: |
| Court Referral Program: | Alternative Sentencing: | Drug Court: |
| Anger Management Program: | Doc Community Corrections: | Jail Community Corrections: |
| Community Service: | Community Service Hrs: 0 | |

## Enhanced

| | | |
|---|---|---|
| Drug Near Project: | Sex Offender Community Notification: | Drugs Near School: |
| Habitual Offender: | Habitual Offender Number: 0 | Victim DOB: |
| Drug: | Drug Code: | Drug Volume: 0.00 |
| Drug Measure Unit: | | |

*Key: x = ordered by judge and should be collected. m = ordered by judge but remitted immediately. n = normally assessed but ordered to 'not collect

## Linked Cases

| Sentencing Number | Case Type | Case Type Description | CaseNumber |
|---|---|---|---|
| | | | |

# Enforcement

## Enforcement

| | | | | | |
|---|---|---|---|---|---|
| Payor: | **D001** | Enforcement Status: | SATISFIED; ALL MONIES PAID | Placement Status: | |
| Amount Due: | **$10.00** | | | Amount Paid: $10.00 | Balance: $0.00 |
| Due Date: | | Last Paid Date: 02/07/2020 | | Frequency: | Frequency Amt: $0.00 |
| Over/Under Paid: | **$0.00** | TurnOver Date: | | TurnOver Amt: $0.00 | D999 Amt: $0.00 |
| PreTrial: | **YES** | PreTrail Date: | | PreTrial Terms: YES | Pre Terms Date: |
| Delinquent: | **YES** | Delinquent Date: | | DA Mailer: YES | DA Mailer Date: |
| Warrant Mailer: | **YES** | Warrant Mailer Date: | | Last Update: 02/07/2020 | Updated By: CHB |
| Comments: | | | | | |

## Enforcement

| | | | | | |
|---|---|---|---|---|---|
| Payor: | **S001** | Enforcement Status: | ACTIVE: PERMITS MAILERS, RECEIPTING OR DA TURNOVER | Placement Status: | |
| Amount Due: | **$35.00** | | | Amount Paid: $35.00 | Balance: $0.00 |
| Due Date: | **12/05/2019** | Last Paid Date: 11/06/2019 | | Frequency: | Frequency Amt: $0.00 |
| Over/Under Paid: | **$0.00** | TurnOver Date: | | TurnOver Amt: $0.00 | D999 Amt: $0.00 |
| PreTrial: | **YES** | PreTrail Date: | | PreTrial Terms: YES | Pre Terms Date: |
| Delinquent: | **YES** | Delinquent Date: | | DA Mailer: | DA Mailer Date: |
| Warrant Mailer: | **YES** | Warrant Mailer Date: | | Last Update: 11/06/2019 | Updated By: SHH |
| Comments: | | | | | |

# Financial

## Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | COPY | D001 | 000 | $10.00 | $10.00 | $0.00 | $0.00 | |
| ACTIVE | N | BAIL | S001 | 000 | $35.00 | $35.00 | $0.00 | $0.00 | |
| | | | | Total: | $45.00 | $45.00 | $0.00 | $0.00 | |

## Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 11/06/2019 | RECEIPT | BAIL | 2020029 | 8026880 | $35.00 | S001 | 000 | N | SHH |
| 02/07/2020 | RECEIPT | COPY | 2020097 | 8115840 | $10.00 | D001 | 000 | N | CHB |

## SJIS Witness List

| | | | Subpoena | | | |
|---|---|---|---|---|---|---|
| Witness # | Name | Requesting Party | Attorney | Date Issued | Issued Type | Date Served | Service Type |
| S001 | FRESH OUT BAIL BOND | 000 | | | | | |
| W001 | CONFIDENTIAL | | | | | | |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 8/14/2019 | 2:04 PM | JUDG | ASSIGNED TO: (K-R) KATRINA ROSS          (AR01) | THE |
| 8/14/2019 | 2:04 PM | STAT | INITIAL STATUS SET TO: "J" - JAIL          (AR01) | THE |
| 8/14/2019 | 2:04 PM | FILE | CHARGE 01: VIOLATION DV PROTECT/#CNTS: 001  (AR01) | THE |
| 8/14/2019 | 2:04 PM | BOND | BOND SET AT: $300.00          (AR01) | THE |
| 8/14/2019 | 2:04 PM | FILE | FILED ON: 08/14/2019          (AR01) | THE |
| 8/14/2019 | 2:04 PM | ARRS | DEFENDANT ARRESTED ON: 08/13/2019     (AR01) | THE |
| 8/14/2019 | 2:04 PM | DAT1 | SET FOR: HEARING ON 08/15/2019 AT 0900A     (AR01) | THE |
| 8/14/2019 | 2:09 PM | CASP | CASE ACTION SUMMARY PRINTED          (AR01) | THE |
| 8/15/2019 | 8:00 AM | DAT2 | SET FOR: APPEARANCE DOCKET  ON 11/12/2019 AT 0900A | AJA |
| 8/15/2019 | 8:01 AM | JEORDE | ORDER E-FILED - ORDER TRANSFERRING CASE - E-FILE ORDER - RENDERED & ENTERED: 8/15/2019 8:01:41 AM | |
| 8/15/2019 | 8:02 AM | JESET | APPEARANCE DOCKET /SET FOR 11/12/2019 9:00 AM | |
| 8/15/2019 | 8:03 AM | ESCAN | SCAN - FILED 8/14/2019 - CAS | GLR |
| 8/15/2019 | 8:03 AM | ESCAN | SCAN - FILED 8/14/2019 - CAS | GLR |
| 8/15/2019 | 8:18 AM | ESCAN | SCAN - FILED 8/14/2019 - WARRANTS | GLR |
| 8/15/2019 | 8:18 AM | ESCAN | SCAN - FILED 8/14/2019 - WARRANTS | GLR |
| 9/4/2019 | 4:31 PM | JUDG | JUDGE ID CHANGED FROM: K-R TO: MCF          (AR10) | ROS |
| 9/4/2019 | 4:31 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AR10) | ROS |
| 11/6/2019 | 12:58 PM | STAT | STATUS CHANGED TO: "B" - BOND          (AR01) | CYC |
| 11/6/2019 | 12:58 PM | REDT | DEFENDANT RELEASED FROM JAIL: 08/14/2019    (AR01) | CYC |
| 11/6/2019 | 12:58 PM | BNDT | BOND TYPE OF PROF BOND CO          (AR01) | CYC |
| 11/6/2019 | 12:58 PM | S001 | SURETY ADDED: FRESH OUT BAIL BOND          (AR01) | CYC |
| 11/6/2019 | 12:58 PM | S001 | ENFORCEMENT STATUS SET TO:  "A"          (FE52) | CYC |
| 11/6/2019 | 12:58 PM | S001 | ENF PLACEMENT STATUS SET TO: "H"          (FE52) | CYC |
| 11/6/2019 | 12:58 PM | S001 | PAYMENT FREQUENCY SET TO: "L"          (FE52) | CYC |
| 11/6/2019 | 12:58 PM | S001 | BAIL FEE PAID INDICATOR SET TO: N          (FE52) | CYC |
| 11/6/2019 | 1:02 PM | ESCAN | SCAN - FILED 8/12/2019 - BOND(S) | CYC |
| 11/12/2019 | 9:54 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 11/12/2019 9:54:47 AM | |
| 11/12/2019 | 10:52 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 11/12/2019 10:52:33 AM | |
| 11/12/2019 | 10:54 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 11/12/2019 10:54:49 AM | |
| 11/13/2019 | 1:48 PM | DAT1 | SET FOR: PREL HEARING ON 02/04/2020 AT 0130P(AR10) | ROS |
| 12/18/2019 | 9:37 AM | ESCAN | SCAN - FILED 12/18/2019 - SUBPOENA REQUEST | STM |
| 1/24/2020 | 3:13 PM | ---- | SCANNED - MOTION - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 1/24/2020 | 3:14 PM | EMOT | D001-OTHER - NOTICE OF APPEARANCE FILED ON 1/24/2020 3:14 PM. | JAD |
| 1/27/2020 | 9:08 AM | JEMOT | D001-OTHER /NO ACTION | J |
| 2/3/2020 | 11:02 AM | SERC | SERVICE OF NO SERVICE       ON 01282020 FOR W001 (A | ANH |
| 2/3/2020 | 11:50 AM | ESCAN | SCAN - FILED 1/30/2020 - RETURN ON SERVICE - NOT SERVED | ANH |
| 2/4/2020 | 2:31 PM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 2/4/2020 2:31:39 PM | |
| 2/5/2020 | 8:23 AM | ESCAN | SCAN - FILED 2/4/2020 - PLEA AGREEMENT | ANH |
| 2/5/2020 | 9:54 AM | DJID | DISPOSITION JUDGE ID CHANGED FROM:      TO: MCF | ROS |
| 2/5/2020 | 9:54 AM | DISP | CHARGE 01 DISPOSED BY: NOL PRS/DA ON: 02/04/2020 | ROS |
| 2/5/2020 | 9:54 AM | DISP | CHARGE 01: VIOLATION DV PROTEC/#CNTS: 001   (AR10) | ROS |
| 2/5/2020 | 9:54 AM | SENT | SENTENCE RECORD CREATED FOR CHARGE: 00     (AR10) | ROS |

| 2/5/2020 | 9:54 AM | D001 | ENFORCEMENT STATUS SET TO: "N" | (AR10) | ROS |
| 2/7/2020 | 9:24 AM | D001 | PAID IN FULL; ENF STATUS IS "S" | (FE52) | CHB |
| 2/7/2020 | 9:37 AM | ESCAN | SCAN - FILED 2/7/2020 - COPY REQUEST | | JAD |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 8/15/2019 8:01:41 AM | 1 | ORDER TRANSFERRING CASE | E-FILE ORDER | 1 |
| 8/15/2019 8:03:34 AM | 3 | CAS | REDACTED - | 1 |
| 8/15/2019 8:18:40 AM | 5 | WARRANTS | REDACTED - | 2 |
| 11/6/2019 1:02:54 PM | 6 | BOND(S) | | 4 |
| 11/12/2019 9:54:50 AM | 7 | ORDER | E-FILE ORDER | 1 |
| 11/12/2019 10:52:35 AM | 8 | ORDER | E-FILE ORDER | 1 |
| 11/12/2019 10:52:36 AM | 9 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 11/12/2019 10:54:51 AM | 10 | ORDER | E-FILE ORDER | 1 |
| 11/12/2019 10:54:53 AM | 11 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 12/18/2019 9:59:22 AM | 12 | SUBPOENA ISSUED | | 2 |
| 1/24/2020 3:14:13 PM | 14 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 1/24/2020 3:14:09 PM | 13 | DOCKETED MOTION | MOTION - OTHER - NOTICE OF APPEARANCE<br>DOCKETED MOTION - Other - NOTICE OF APPEARANCE | 2 |
| 2/3/2020 11:50:36 AM | 15 | RETURN ON SERVICE - NOT SERVED | | 1 |
| 2/4/2020 2:31:36 PM | 16 | ORDER | E-FILE ORDER | 1 |
| 2/5/2020 8:23:01 AM | 17 | PLEA AGREEMENT | | 1 |
| 2/7/2020 9:37:36 AM | 18 | COPY REQUEST | KIREEM JETER | 3 |

 **END OF THE REPORT**