FILED
2022 May-31  PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LANITRA JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-01863-ACA |
| | ) |
| JEFFERSON COUNTY | ) |
| DISTRICT ATTORNEY'S | ) |
| OFFICE, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF WARREN BROOKS

COMES NOW the Affiant and, after being duly sworn, testifies as follows:

1. My name is Warren Brooks. I am over the age of nineteen (19) years, am competent to testify to the matters discussed herein, and have personal knowledge of the matters testified to herein.

2. I am a Deputy District Attorney with the Jefferson County District Attorney's Office (the "DA's Office").

3. I handled a misdemeanor harassment case where the defendant was Angel Jones. The victim in that case Kireem Jeter. I spoke to Mr. Jeter about the case and we discussed a potential plea bargain. Mr. Jeter told me he would consider a plea, but we never agreed to anything.

4. The case was set for trial and I tried to reach Mr. Jeter to let him know about the trial setting. I was never able to reach him to confirm that he would be there to testify. On the day the trial was set, the judge dismissed the case because Mr. Jeter, the alleged victim, was not there to testify.

5. I am not aware of Lanitra Jeter, Mr. Jeter's wife, making any complaints about discrimination or any other work problems while she worked at the DA's Office. If that happened, I was never told about it and never learned about it.

**FURTHER AFFIANT SAYETH NOT**

_D. Warren Brooks_
Warren Brooks

STATE OF ALABAMA      )
COUNTY OF JEFFERSON   )

Before me, a Notary Public, personally appeared Warren Brooks on this ____ day of May, 2022, and who, after being informed of the contents of the above, affirmed that it is true and accurate to the best of his knowledge.

_Mary Malea Sellers_
NOTARY PUBLIC

My commission expires: Feb. 13, 2023