FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT P



**Friday, October 11, 2019**

Erin Barefield. VSO: Nitra - do you need anything? (10:21 AM)

im good. just want to go home (10:25 AM)

Erin Barefield. VSO: What happened? (10:25 AM)

they no billed the case (10:26 AM)

Elise Driskill. VSO: WHAT.

Erin Barefield. VSO: Are you fucking serious?!

Elise Driskill. VSO: You guys didn't even get to testify!!!! (10:27 AM)

im over it (10:27 AM)

Erin Barefield. VSO: I'm sorry. They got it so wrong. (10:28 AM)

it doesn't matter. nothing does (10:29 AM)

**Tuesday, October 15, 2019**

i need to call a meeting in my office please (11:35 AM)

Ok Elise. I may need a babysitter this weekend. Are you ready? I will know for sure by Thursday. (8:37 PM)

Elise Driskill. VSO: NOOOOOOOOOOOOOOOOO I am out of town this weekend. I am distraught (8:39 PM)

It's okay. There will be other times. (8:39 PM)

Elise Driskill. VSO: There better be (8:40 PM)



**Erin Barefield. VSO, Elise ... (2)**
2 recipients

Monday, February 24, 2020

Elise Driskill. VSO
Is judy gone.. — MMS 1:43 PM

Erin Barefield. VSO
Yep. — MMS 2:04 PM

Tuesday, February 25, 2020

Erin Barefield. VSO
Can someone mark me sick today?

Nitra - I have two victims that are supposed to be coming in today. One is a DV Lethality interview and the other is supposed to sit with me in my office during the bond revocation. I don't remember which attorney is handling the bond revocation, but both victims na

View all  > — MMS 6:30 AM

ok — MMS 7:14 AM

Wednesday, February 26, 2020

Erin Barefield. VSO
Would someone mark me late? Should be there by 8:00. I have to go by Publix for a lunch. — MMS 7:01 AM

Elise Driskill. VSO
Yes! — MMS 7:02 AM

im already at work — MMS 7:03 AM

Erin Barefield. VSO
Thank you! — MMS 7:10 AM

no problem — MMS 7:19 AM

Thursday, February 27, 2020

Elise Driskill. VSO
I am still waiting on Samantha... — MMS 9:44



**Wednesday, March 11, 2020**

- (MMS 10:03 PM) i won't be in tomorrow. i just cant do it
- Elise Driskill, VSO (MMS 10:04 PM): Take a mental healthy day, you deserve it
- (MMS 10:05 PM) i am. im out of meds and i don't want to let anyone get me out of character
- Erin Barefield, VSO (MMS 10:21 PM): Judy won't be in tomorrow either.

**Thursday, March 12, 2020**

- (MMS 10:12 AM) im bored
- Erin Barefield, VSO (MMS 10:13 AM): Laughed at "im bored" Should have been bored here!
- (MMS 10:16 AM) im going to take Shuga out for the dsy as soon as i get the energy
- (MMS 2:46 PM) does Michael mccurry know which check our reimbursement will be on.
- Erin Barefield, VSO (MMS 2:48 PM): I haven't asked...I think OPS has to answer that question.
- Elise Driskill, VSO (MMS 3:17 PM): Unsure :/
- (MMS) My friend at the department of health just told me that they think we have 2 cases of coronavirus in Alabama that were confirmed today but it has not been released to public yet. Supposed to be some type of press conference tonight. She said to stock up on food jus[t]