FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT Q



Jeter v. Danny Carr, et al., 2:20-01863

CL000125

