
FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT R

**From:** Smith, April
**Sent:** Tuesday, November 12, 2019 12:04 PM
**To:** Jeter, LaNitra <Jeterl@jccal.org>
**Subject:** RE: Meeting with Danny

Hey LaNitra,

Would you be available today at 1:30?

Thanks,
April

**From:** Jeter, LaNitra <Jeterl@jccal.org>
**Sent:** Friday, November 08, 2019 11:42 AM
**To:** Smith, April <smithap@jccal.org>
**Subject:** Meeting with Danny

Hello April

I need to schedule a meeting with Danny Carr. If possible his first available spot for about 30 minutes. Can you let me know what he has available please.?

Thanks
LaNitra