FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LANITRA JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-01863-ACA |
| | ) |
| JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF JOE ROBERTS

COMES NOW the Affiant and, after being duly sworn, testifies as follows:

1. My name is Joe Roberts. I am over the age of nineteen (19) years, am competent to testify to the matters discussed herein, and have personal knowledge of the matters testified to herein.

2. I am the Chief Deputy District Attorney for the Jefferson County District Attorney's Office (the "DA's Office"). I was in that role during all of Lanitra Jeter's ("Ms. Jeter") employment.

3. Ms. Jeter was a victim services officer ("VSO"). Her direct supervisor was Judy Yates. I was her next-level supervisor after Judy Yates.

After me, Ms. Jeter's next-level supervisor was District Attorney Danny Carr.

4. I understand that Ms. Jeter testified in her deposition that she met with District Attorney Danny Carr and complained that not being able to earn comp time was discriminatory. I was not aware of her ever meeting with District Attorney Danny Carr for any reason and I certainly was not aware of her ever complaining to District Attorney Danny Carr about any alleged discrimination. If Ms. Jeter actually met with District Attorney Danny Carr, I was never told about it and never learned about it.

5. When Ms. Jeter was terminated, she was escorted out of the building by two DA's Office's investigators. She may have mistaken them for deputy sheriffs since they are armed and have badges. It is the DA's Office's standard practice for DA's Office's investigators to escort terminated individuals out of the building. That has been the case the entire time Danny Carr has been the District Attorney, and was also the case during prior administrations I have served under.

**FURTHER AFFIANT SAYETH NOT**

_____
Joe Roberts

STATE OF ALABAMA         )
COUNTY OF JEFFERSON   )

Before me, a Notary Public, personally appeared Joe Roberts on this ___19th___ day of May, 2022, and who, after being informed of the contents of the above, affirmed that it is true and accurate to the best of his knowledge.


_____
NOTARY PUBLIC

My commission expires: March 28, 2026