# EXHIBIT T

| | |
|---|---|
| **From:** | Roberts, Joe |
| **To:** | McCurry, Micheal |
| **Subject:** | FW: Text with Judy |
| **Date:** | Monday, November 1, 2021 10:27:53 AM |
| **Attachments:** | image0.png |

**From:** Joe Roberts <robertsjo21@yahoo.com>
**Sent:** Monday, November 1, 2021 9:37 AM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** Text with Judy



CAUTION: This message was sent from outside of Jefferson County. Please do not click links or open

DA001123

attachments unless you recognize the source of this email and know the content is safe.

DA001124