# EXHIBIT U

Welcome Login or Register

Our Agents ▼



### Service You Deserve, Agents You Can Trust

4322 3rd Ave S, Birmingham, AL 35222

205-328-3330 | Email Us | Client Login | Register

# Denise Curier



C: (205) 728-7810
E: dcurier@yahoo.com

# Quick Search

**Location**  view all

Type a city, zip, address, or MLS#

**Property Type**

☑ Single Family Home
☐ Condo/Townhouse
☐ Farm
☐ Manufactured Home
☐ Rental
☐ Residential Lots & Land
☐ Multi Family Home



SEARCH

Register Now

Already registered? Login

**FREE AUTOMATED EMAIL UPDATES**

Sign in to take advantage of all this site has to offer. Save your favorite listings and searches – also receive email updates when listings you like come on the market for free!

*Contact Information NOT Shared*

## Barnes and Associates
Abra Barnes, Broker
**205-328-3330**
**abrabarnes@bellsouth.net**

Featured Listings

Quick Search

Advanced Search

Dream Home Finder

FREE Market Analysis

Contact Us

Abra Barnes | Barnes & Associates | 205-328-3330 | abrabarnes@bellsouth.net
4322 3rd Ave S, Birmingham, AL 35222
Copyright © 2016. Abra Barnes, All Rights Reserved

Home | Open Houses | Commercial Listings | Search for Homes | Advanced Search | Map Search | Foreclosures

| Commercial Search | Mortgage Rates | Buyer/Seller Info | About Us | Our Agents | My Blog | Contact Us | Documents | Real Estate News

Privacy Policy | DMCA

Real Estate Websites by     iHOUSEweb | Admin Menu