FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT W

| | |
|---|---|
| **From:** | Roberts, Joe |
| **To:** | McCurry, Micheal |
| **Subject:** | FW: Grievance / Appeal |
| **Date:** | Monday, November 1, 2021 10:23:39 AM |

**From:** McCurry, Micheal <mccurrym@jccal.org>
**Sent:** Tuesday, March 17, 2020 2:36 PM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Cc:** Carr, Danny <carrd@jccal.org>; Yates, Judy <YatesJ@jccal.org>; Johnson, Sam <johnsonsa@jccal.org>; Moorer, Mimi <moorerm@jccal.org>
**Subject:** RE: Grievance / Appeal

Judy and I have packet up her personal items and have it ready for pick up. However, before we let her have it we need the passcodes to her Iphone and Ipad.   Do you want me to email her and tell her that?

Micheal

**From:** Roberts, Joe <robertsjo@jccal.org>
**Sent:** Tuesday, March 17, 2020 12:30 PM
**To:** McCurry, Micheal <mccurrym@jccal.org>
**Cc:** Carr, Danny <carrd@jccal.org>; Yates, Judy <YatesJ@jccal.org>; Johnson, Sam <johnsonsa@jccal.org>; Moorer, Mimi <moorerm@jccal.org>
**Subject:** Re: Grievance / Appeal

Yes Michael that is what I told her.  Please pack her stuff up and have it ready to be picked up when she calls.  Thanks.

> On Mar 17, 2020, at 11:36 AM, McCurry, Micheal <mccurrym@jccal.org> wrote:
>
> It is my understanding that she was supposed to contact me or Sam and set up time to come by and pick up her stuff.  As of this email I have no emails or messages and Im sure Sam does not either.   Judy and I will pack up her stuff today and have it ready.
>
> **From:** Roberts, Joe <robertsjo@jccal.org>
> **Sent:** Tuesday, March 17, 2020 11:15 AM
> **To:** Carr, Danny <carrd@jccal.org>; Yates, Judy <YatesJ@jccal.org>; McCurry, Micheal

DA001085

<mccurrym@jccal.org>
**Subject:** Fwd: Grievance / Appeal

Begin forwarded message:

**From:** "Lamb, Patrick" <patrick.lamb@alabamada.gov>
**Date:** March 17, 2020 at 11:00:39 AM CDT
**To:** "Roberts, Joe" <robertsjo@jccal.org>
**Cc:** "Mellberg, Trisha" <trisha.mellberg@alabamada.gov>, "Gargus, Melissa" <melissa.gargus@alabamada.gov>
**Subject: FW: Grievance / Appeal**

Just a heads up.

**From:** LaNitra McKinney [mailto:lanitramckinney@yahoo.com]
**Sent:** Monday, March 16, 2020 3:15 PM
**To:** Lamb, Patrick <patrick.lamb@alabamada.gov>
**Subject:** Re: Grievance / Appeal

Mr. Lamb

Thank you for responding to my inquiry. I was not sure with whom or if possible to file an appeal because I was unable to obtain some belongings that contained the information I was seeking.

Thanks
LaNitra Jeter

DA001086

| | |
|---|---|
| **From:** | Roberts, Joe |
| **To:** | McCurry, Micheal |
| **Subject:** | FW: Grievance / Appeal |
| **Date:** | Monday, November 1, 2021 10:22:54 AM |

**From:** Lamb, Patrick <patrick.lamb@alabamada.gov>
**Sent:** Tuesday, March 17, 2020 11:00 AM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Cc:** Mellberg, Trisha <trisha.mellberg@alabamada.gov>; Gargus, Melissa <melissa.gargus@alabamada.gov>
**Subject:** FW: Grievance / Appeal

Just a heads up.

**From:** LaNitra McKinney [mailto:lanitramckinney@yahoo.com]
**Sent:** Monday, March 16, 2020 3:15 PM
**To:** Lamb, Patrick <patrick.lamb@alabamada.gov>
**Subject:** Re: Grievance / Appeal

Mr. Lamb

Thank you for responding to my inquiry. I was not sure with whom or if possible to file an appeal because I was unable to obtain some belongings that contained the information I was seeking.

Thanks
LaNitra Jeter

On Mon, Mar 16, 2020 at 2:41 PM, Lamb, Patrick <patrick.lamb@alabamada.gov> wrote:

> Ms. McKinney,
>
> I am writing you as General Counsel for the Office of Prosecution Services. In response to your inquiry earlier today, I would refer you to the Personnel Policies and Procedures Manual you signed on August 26, 2019 wherein you acknowledged receipt of the manual, agreed to abide by the rules therein, and agreed that it was your responsibility to read the manual. As set out in your acknowledgement, the terms of your contract were contained therein.
>
> Specifically, allow me to point out the several provisions which allow for termination at the "sole discretion" of the District Attorney on pages 2 and 7. In other words, you were an at will employee. As provided in the manual, the District Attorney has exercised his

DA001096

discretion to terminate your employment with my Office. While you agreed to follow the grievance procedure of the District Attorney's Office, that procedure is for employees. You are no longer an employee of the Office of Prosecution Services.

I wish you well in your future endeavors.

J. Patrick Lamb

General Counsel

Office of Prosecution Services

Post Office Box 4780

515 South Perry Street

Montgomery, AL 36104

(334) 242-4191

patrick.lamb@alabamada.gov

**From:** Gargus, Melissa
**Sent:** Monday, March 16, 2020 2:14 PM
**To:** Lamb, Patrick <patrick.lamb@alabamada.gov>
**Subject:** FW: Grievance / Appeal

**From:** Martin, Tamara <tamara.martin@alabamada.gov>
**Sent:** Monday, March 16, 2020 1:02 PM
**To:** Montesano, Debra <debra.montesano@alabamada.gov>; Gargus, Melissa

&lt;melissa.gargus@alabamada.gov&gt;; Mellberg, Trisha &lt;trisha.mellberg@alabamada.gov&gt;
**Subject:** FW: Grievance / Appeal

**From:** LaNitra McKinney &lt;lanitramckinney@yahoo.com&gt;
**Sent:** Monday, March 16, 2020 10:54 AM
**To:** Martin, Tamara &lt;tamara.martin@alabamada.gov&gt;
**Subject:** Grievance / Appeal

Good Afternoon Tamara

I was terminated today from the District Attorney office of Danny Carr, Tenth Judicial Circuit today. My supervisor in that office was Judy Yates. I am inquiry to know do I file my grievance/appeal through Danny Carr's office or through the Alabama Office of Prosecution Services because I was employed under the grant. I want to appeal my termination because it derives from retaliation and has no just cause. I just want my side to be heard. If you have any questions I can be reached at 205-876-7782.

Thanks

LaNitra Jeter