FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT Y

| | |
|---|---|
| **From:** | Roberts, Joe |
| **To:** | McCurry, Micheal |
| **Subject:** | FW: Meeting |
| **Date:** | Monday, November 1, 2021 10:19:15 AM |

**From:** Roberts, Joe
**Sent:** Wednesday, July 3, 2019 10:15 AM
**To:** Jeter, LaNitra <Jeterl@jccal.org>
**Subject:** RE: Meeting

I am available now if you want to walk down.

**From:** Jeter, LaNitra
**Sent:** Wednesday, July 03, 2019 9:26 AM
**To:** Roberts, Joe <robertsjo@jccal.org>
**Subject:** Meeting

Good morning Joe

I would like to schedule a meeting with you at your earliest convenience to discuss a personal issue I am having. Please let me know when would be a good time for you.

Thanks

Nitra Jeter

DA001119