FILED
2022 May-31 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT Z

Jackson, Tamika

**From:** District Attorney's HR System <filemaker@jccal.org>
**Sent:** Monday, September 23, 2019 10:57 AM
**To:** lanitramckinney@yahoo.com
**Cc:** Jackson, Tamika; Hardy, Dionne R.
**Subject:** Nitra Jeter - Approval/Authorization Notice

Nitra,

The listed request has been approved/authorized by yatesj on 9/23/2019

Approved   9/23/2019   4.0   ~~015~~ 016 COMP ~~EARNED~~ used   doctor appointment and pick up Shuga

1

DA000260