FILED
2022 May-31  PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA


# EXHIBIT AA

| | |
|---|---|
| **From:** | Yates, Judy |
| **To:** | McCurry, Micheal |
| **Subject:** | FW: Appointments |
| **Date:** | Monday, November 1, 2021 8:14:25 AM |

*Judy*

**From:** Yates, Judy
**Sent:** Wednesday, October 16, 2019 11:57 AM
**To:** McCurry, Micheal <mccurrym@jccal.org>
**Subject:** RE: Appointments

She has not said a word to me about this.

*Judy*

**From:** McCurry, Micheal <mccurrym@jccal.org>
**Sent:** Wednesday, October 16, 2019 10:53 AM
**To:** Jeter, LaNitra <Jeterl@jccal.org>
**Cc:** Yates, Judy <YatesJ@jccal.org>
**Subject:** Re: Appointments

How long do anticipate being off for surgery?

Sent from my iPhone

> On Oct 16, 2019, at 10:10 AM, Jeter, LaNitra <Jeterl@jccal.org> wrote:
>
> Good morning Michael
>
> I have Pre Op scheduled for 11:00 October 17 and X-rays on October 18 at 11:10. I can go to these appointments during my lunch break. I do not know what day this month they are going to schedule my surgery. Because I have not been allowed to accrue comp time I am not sure how I am going to get my surgery done. Can you advise when I will be allowed to start accruing comp time so I can have my surgery?
>
> Thanks
> LaNitra

DA001084