# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LANITRA JETER,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ] Case No.: 2:20-cv-01863-ACA |
| | ] |
| **DANNY CARR,** | ] |
| | ] |
| **Defendant.** | ] |

## FINAL JUDGMENT

Consistent with the accompanying memorandum opinion, the court **GRANTS** Defendant Danny Carr's motion for summary judgment. (Doc. 77). The court **ENTERS SUMMARY JUDGMENT** in favor of Mr. Carr and against Plaintiff LaNitra Jeter.

The court **DIRECTS** the Clerk to close the file.

**DONE** and **ORDERED** this October 31, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE